# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN,
## GREEN BAY DIVISION

CITY OF MANITOWOC,

        Plaintiff,

    v.

NEWELL BRANDS INC. AND NEWELL
OPERATING COMPANY

        Defendants

Case No. 26-cv-826

---

## NOTICE OF REMOVAL

---

PLEASE TAKE NOTICE that Defendants Newell Brands Inc. and Newell Operating Company (together, "Defendants"), by and through their undersigned counsel, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby remove the above-captioned case, Case Number 2026CV000151, pending in the Circuit Court of Manitowoc County, Wisconsin, to the United States District Court for the Eastern District of Wisconsin, Green Bay Division. In support of this Notice of Removal, Defendants state as follows:

### BACKGROUND

1. On April 9, 2026, Plaintiff the City of Manitowoc ("Plaintiff") filed a Complaint against Defendants in the Circuit Court of Manitowoc County, Wisconsin, Case Number 2026CV000151 (the "State Action"). The Complaint is attached hereto as Exhibit A.

2. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders, and other papers in the State Action are attached in Exhibits A and B. There are no pending motions that would require action by this Court after removal.

3.     Defendants accepted service of process through counsel on April 15, 2026.  *See* April 15, 2026 Email, attached as Exhibit C.  Defendants have not yet filed a responsive pleading to Plaintiff's Complaint.

## **JURISDICTION**

4.     The Court has original jurisdiction over this action under the provisions of 28 U.S.C. § 1332.  This case may therefore be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, because it is a civil action in which the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and it is an action between citizens of different states.

5.     Complete diversity of citizenship exists between the parties.

6.     Plaintiff is a municipal corporation organized and existing under the laws of the State of Wisconsin, with its principal offices located at 900 Quay Street, Manitowoc, Wisconsin 54220.  *See* Ex. A at ¶ 1.  Accordingly, it is a citizen of Wisconsin.  *City of E. St. Louis, Illinois v. Netflix, Inc.*, 83 F.4th 1066, 1070 (7th Cir. 2023) (citing *Moor v. Alameda County*, 411 U.S. 693, 717–21, 93 S.Ct. 1785, 36 L.Ed.2d 596 (1973)).

7.     Defendants are and were at the time of filing corporations incorporated under the laws of the State of Delaware, with their principal place of business in Georgia.  They are citizens of Delaware and Georgia.  28 U.S.C. § 1332(c)(1); *see also Hertz Corp. v. Friend*, 559 U.S. 77, 93, 130 S. Ct. 1181, 1192, 175 L. Ed. 2d 1029 (2010).

8.     The amount in controversy, exclusive of interest and costs, exceeds $75,000.00.  First, Plaintiff expressly seeks an award of damages of $5,899,904.  Ex. A. at Prayer for Relief (page 20).  In addition, Plaintiff seeks additional unspecified future response costs, costs of suit, interest, declaratory judgment and other relief.  *Id.; see also Jeffery v. Cross Country Bank,* 131 F.

2

Supp. 2d 1067, 1069 (E.D. Wis. 2001) (citing *Shaw v. Dow Brands, Inc.*, 994 F.2d 364, 366 (7th Cir.1993) ("Normally, the federal court in a removal action determines the amount in controversy merely by looking at plaintiff's state court complaint."); *Willis v. Tyco Int'l*, 10-CV-293, 2010 WL 3835249, at *1 (E.D. Wis. Sept. 27, 2010) (citing *Rising–Moore v. Red Roof Inns, Inc.*, 435 F.3d 813, 815 (7th Cir.2006) ("The amount in controversy alleged in a complaint is controlling, unless recovery is legally impossible.").

## **TIMELINESS**

9. This Notice of Removal is timely filed within 30 days of service of the Complaint on Defendants on April 15, 2026. *See* 28 U.S.C. § 1446(b).

## **VENUE AND OTHER MATTERS**

10. Venue is initially proper in the Eastern District of Wisconsin, Green Bay Division, because the action was originally filed in the Circuit Court of Manitowoc County, Wisconsin. *See* 28 U.S.C. § 1441(a); 28 U.S.C. § 130(a).

11. Written notice of the filing of this Notice of Removal will be given to all parties and filed with the Clerk of the Circuit Court of Manitowoc County, Wisconsin, in accordance with 28 U.S.C. § 1446(d), promptly after the filing of the Notice of Removal in this Court.

**WHEREFORE**, Defendants remove this case to the United States District Court for the Eastern District of Wisconsin, Green Bay Division.

3

Dated: May 11, 2026

Respectfully Submitted,

**ARENTFOX SCHIFF LLP**

/s/ *Ann H. MacDonald*

Ann H. MacDonald (Bar No. 6297081)
ArentFox Schiff LLP
233 S. Wacker, Suite 7100
Chicago, Illinois 60606
ann.macdonald@afslaw.com
Telephone: 312.258.5500
Facsimile: 312.258.5600

*Attorney for Newell Brands Inc. and Newell Operating Company*

4

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 11, 2026, I electronically filed a true and correct copy of the

foregoing using the Court's e-filing system.  In addition, I served the foregoing via U.S. Mail and

electronic mail on following parties:

Daniel J. Blinka
Hayley Rich-Noble
William J. Nelson
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
dblinka@gklaw.com
hrichnoble@gklaw.com
wnelson@gklaw.com

Edward B. Witte
9086 North Bayside Drive
Milwaukee, WI 53217
ned@wittedavis.com

Eric G. Nycz
900 Quay Street
Manitowoc, WI 54220
enycz@manitowocwi.gov

/s/ *Ann H. MacDonald*
Ann H. MacDonald

5