# EXHIBIT B

**FILED**
**04-09-2026**
**Clerk of Circuit Court**
**Manitowoc County, WI**
**2026CV000151**

**STATE OF WISCONSIN**      **CIRCUIT COURT**     **MANITOWOC**

City of Manitowoc vs. Newell Brands Inc. et al     **Electronic Filing Notice**

Case No. 2026CV000151
Class Code: Property Damage

NEWELL BRANDS INC.
221 RIVER STREET
HOBOKEN NJ 07030

Case number 2026CV000151 was electronically filed with/converted by the Manitowoc County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 75560e**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 920-683-4031.

Manitowoc County Circuit Court
Date: April 9, 2026

**FILED**
**04-09-2026**
**Clerk of Circuit Court**
**Manitowoc County, WI**
**2026CV000151**

| | | |
|---|---|---|
| **STATE OF WISCONSIN** | **CIRCUIT COURT** | **MANITOWOC** |

City of Manitowoc vs. Newell Brands Inc. et al

**Electronic Filing Notice**

Case No. 2026CV000151
Class Code: Property Damage

NEWELL OPERATING COMPANY
221 RIVER STREET
HOBOKEN NJ 07030

Case number 2026CV000151 was electronically filed with/converted by the Manitowoc County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 75560e**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 920-683-4031.

Manitowoc County Circuit Court
Date: April 9, 2026

GF-180(CCAP), 11/2020 Electronic Filing Notice §801.18(5)(d), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.

**Oral Request for Copies**          **Date** 4·10·2026

**Name** City of Mtwc. vs Newell

**Case number(s)** 26 CV 151          wbay

**Document(s) requested**

Complaint.

**Email Address** news @ wbay

**Address**

**Phone**

**Date Mailed / Emailed** 4·10·26



# MANITOWOC COUNTY CIRCUIT COURT
## CLERK OF CIRCUIT COURT
### 1010 SOUTH EIGHTH STREET, ROOM 105
### MANITOWOC, WISCONSIN 54220

**Angela A.P. Linderud**
*Clerk of Circuit Court*
(920) 683-4025 (direct line)
*Angela.linderud@wicourts.gov*

(920) 683-4030 TELEPHONE

**Jasmine Schwerma**
*Chief Deputy Clerk*
**Nicole Essert**
*Director of Business Operations*

---

**Case: 2026CV000151 - City of Manitowoc vs. Newell Brands Inc. et al**

You have requested copies of the following records, with number of pages indicated:
    **04-09-2026 Complaint – 19 pgs.**

The cost for the copies you requested is calculated as follows:

    **_19_Page(s) @ $1.25 per page**              **$23.75**

**PAYMENT INSTRUCTION OPTIONS:**
1) You can pay on-line using a debit or credit card. The website address is **www.paygov.us.** Click on "MAKE PAYMENT", use the **LOCATION CODE 2903,** Click on "MAKE A PAYMENT" and now you may enter the payment information. A convenience fee will **automatically** be added for all payments. Please only enter **the amount listed above**. If you are making an on-line payment, in the "Comments" section, kindly make the following reference to avoid delays with your request: "ATTN: BARBARA."
2) You can call 1-866-480-8552 for operator assistance in making a payment using your debit or credit card. There will be a convenience fee charged by PAYGOV for all operator assisted payments.
3) You may submit a check or money order payable to "Clerk of Court" and mail to Clerk of Court, **ATTN: BARBARA,** 1010 South 8th Street, Room 105, Manitowoc, WI 54220.

**Please email or call the records clerk (BARBARA) at (920)683-4306 to advise us that payment has been made electronically.**

| CONFIRMATION OF RECORD FORMAT & DELIVERY INSTRUCTIONS |
|---|
| The records will be **prepared and provided** after payment is presented and receipted. |

| FEES AND STATUTORY AUTHORITY INFO: | • $1.25 per page copy fee *[814.61(10), Wis. Stats.]*<br>• $5.00 certification fee (per document) *[§814.61(5)(a), Wis. Stats.]*<br>• $5.00 search fee (per name searched) *[§814.61(11), Wis. Stats.]*<br>• Actual mailing and shipping charges may apply *[§19.35(3)(d)]*<br>• Prepayment required for fees exceeding $5 *[§19.35(3)(f)]*<br>• For duplication of non-paper records, fees will not exceed actual cost of reproduction/duplication *[§19.35(3)(a) and b)]* |

**Oral Request for Copies**                    **Date** 4·10·2026

**Name** City of Mtwc vs Newell

**Case number(s)** 26CV151

**Document(s) requested**

Complaints only.

**Email Address** milwaukee@courthousenews.com

**Address** destiny.

**Phone** 414 828 3505

**Date Mailed /(Emailed)** 4·10·26



# MANITOWOC COUNTY CIRCUIT COURT
## CLERK OF CIRCUIT COURT
1010 SOUTH EIGHTH STREET, ROOM 105
MANITOWOC, WISCONSIN 54220

**Angela A.P. Linderud**
*Clerk of Circuit Court*
(920) 683-4025 (direct line)
*Angela.linderud@wicourts.gov*

(920) 683-4030 TELEPHONE

**Jasmine Schwerma**
*Chief Deputy Clerk*
**Nicole Essert**
*Director of Business Operations*

---

**Case: 2026CV000151 - City of Manitowoc vs. Newell Brands Inc. et al**

You have requested copies of the following records, with number of pages indicated:
**04-09-2026 Complaint – 19 pgs.**

The cost for the copies you requested is calculated as follows:

**_19_ Page(s) @ $1.25 per page**                    **$23.75**

**PAYMENT INSTRUCTION OPTIONS:**
1) You can pay on-line using a debit or credit card. The website address is **www.paygov.us**. Click on **"MAKE PAYMENT"**, use the **LOCATION CODE 2903,** Click on **"MAKE A PAYMENT"** and now you may enter the payment information. A convenience fee will **automatically** be added for all payments. Please only enter **the amount listed above**. If you are making an on-line payment, in the "Comments" section, kindly make the following reference to avoid delays with your request: "ATTN: BARBARA."
2) You can call 1-866-480-8552 for operator assistance in making a payment using your debit or credit card. There will be a convenience fee charged by PAYGOV for all operator assisted payments.
3) You may submit a check or money order payable to "Clerk of Court" and mail to Clerk of Court, **ATTN: BARBARA,** 1010 South 8th Street, Room 105, Manitowoc, WI 54220.

**Please email or call the records clerk (BARBARA) at (920)683-4306 to advise us that payment has been made electronically.**

---

| **CONFIRMATION OF RECORD FORMAT & DELIVERY INSTRUCTIONS** |
|---|
| The records will be **prepared and provided** after payment is presented and receipted. |

---

| **FEES AND STATUTORY AUTHORITY INFO:** | •$1.25 per page copy fee *[814.61(10), Wis. Stats.]*<br>•$5.00 certification fee (per document) *[§814.61(5)(a), Wis. Stats.]*<br>•$5.00 search fee (per name searched) *[§814.61(11), Wis. Stats.]*<br>•Actual mailing and shipping charges may apply *[§19.35(3)(d)]*<br>•Prepayment required for fees exceeding $5 *[§19.35(3)(f)]*<br>•For duplication of non-paper records, fees will not exceed actual cost of reproduction/duplication *[§19.35(3)(a) and b)]* |

**STATE OF WISCONSIN**    **CIRCUIT COURT**    **MANITOWOC COUNTY**

City of Manitowoc vs. Newell Brands Inc. et al

**Electronic Notice
Status Change**

Case No: 2026CV000151

EDWARD B. WITTE
9086 NORTH BAYSIDE DRIVE
MILWAUKEE WI 53217

For 2026CV000151, the electronic notice preference for Mariam Weber, Wisconsin attorney for Newell Brands Inc. and Newell Operating Company, has changed.

Mariam Weber has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 920-683-4031.

Manitowoc County Circuit Court
Date: May 11, 2026

This form shall not be modified. It may be supplemented with additional material.

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **MANITOWOC COUNTY**

City of Manitowoc vs. Newell Brands Inc. et al

**Electronic Notice
Status Change**

Case No: 2026CV000151

WILLIAM JOHN NELSON
101 SOUTH WEBSTER STREET, BOX 7921
LS/8
MADISON WI 53707-7921

For 2026CV000151, the electronic notice preference for Mariam Weber, Wisconsin attorney for Newell Brands Inc. and Newell Operating Company, has changed.

Mariam Weber has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 920-683-4031.

Manitowoc County Circuit Court
Date: May 11, 2026

This form shall not be modified. It may be supplemented with additional material.

**STATE OF WISCONSIN**     **CIRCUIT COURT**     **MANITOWOC COUNTY**

City of Manitowoc vs. Newell Brands Inc. et al

**Electronic Notice
Status Change**

Case No: 2026CV000151

ERIC GREGORY NYCZ
900 QUAY STREET
MANITOWOC WI 54220

For 2026CV000151, the electronic notice preference for Mariam Weber, Wisconsin attorney for Newell Brands Inc. and Newell Operating Company, has changed.

Mariam Weber has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 920-683-4031.

Manitowoc County Circuit Court
Date: May 11, 2026

GF-208(CCAP), 06/2022 Electronic Notice Status Change

This form shall not be modified. It may be supplemented with additional material.

**FILED**
**05-11-2026**
**Clerk of Circuit Court**
**Manitowoc County, WI**
**2026CV000151**

STATE OF WISCONSIN:   CIRCUIT COURT:   MANITOWOC COUNTY

---

CITY OF MANITOWOC,

      Plaintiff,

    v.

NEWELL BRANDS INC. AND NEWELL
OPERATING COMPANY

      Defendants.

Case No. 2026CV000151
Case Code No.: 30201

---

## NOTICE OF RETAINER OF MARIAM WEBER

---

**PLEASE TAKE NOTICE** that attorney Mariam Weber of ArentFox Schiff LLP appears as counsel for Defendants, Newell Brands Inc. and Newell Operating Company.  The undersigned requests that all documents filed or served in this action be sent to her electronically or at the following address: 233 S. Wacker Dr., Suite 7100, Chicago, IL 60606.

Dated:   May 11, 2026

Respectfully submitted,

Electronically signed by (Mariam Weber)
Mariam Weber (SBN: 1141527)
ARENTFOX SCHIFF LLP
233 S. Wacker Dr., Suite 7100
Chicago, IL   60606
(312) 258-5500 (*t*)
(312) 258-5600 (*f*)
mariam.weber@afslaw.com
*Attorneys for Defendants Newell Brands Inc. and Newell Operating Company.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2026, I electronically filed a true and correct copy of the foregoing using the Court's e-filing system. In addition, I served the foregoing via U.S. Mail and electronic mail on following parties:

Daniel J. Blinka
Hayley Rich-Noble
William J. Nelson
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
dblinka@gklaw.com
hrichnoble@gklaw.com
wnelson@gklaw.com


Edward B. Witte
9086 North Bayside Drive
Milwaukee, WI 53217
ned@wittedavis.com


Eric G. Nycz
900 Quay Street
Manitowoc, WI 54220
enycz@manitowocwi.gov


Electronically signed by (Mariam Weber)
Mariam Weber

2