# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN,
# GREEN BAY DIVISION

CITY OF MANITOWOC,

      Plaintiff,

  v.

NEWELL BRANDS INC. AND NEWELL
OPERATING COMPANY

      Defendants

Case No. 26-cv-826

## **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

The undersigned, counsel of record for Newell Brands Inc. and Newell Operating Company, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1. Newell Brands Inc. is a Delaware corporation based in Atlanta, Georgia. Newell Brands Inc. has no parent corporation. The following publicly-held corporations own 10% or more of Newell Brands Inc.'s stock: BlackRock Fund Advisors; Pzena Investment Management, LLC; and The Vanguard Group, Inc.

2. Newell Operating Company is a Delaware corporation based in Atlanta, Georgia. Newell Operating Company is a wholly owned subsidiary of Newell Brands Inc.

Dated: May 11, 2026

Respectfully Submitted,

**ARENTFOX SCHIFF LLP**

/s/ *Ann H. MacDonald*

Ann H. MacDonald (Bar No. 6297081)
ArentFox Schiff LLP
233 S. Wacker, Suite 7100
Chicago, Illinois 60606
ann.macdonald@afslaw.com
Telephone: 312.258.5500
Facsimile: 312.258.5600

*Attorney for Newell Brands Inc. and Newell Operating Company*

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 11, 2026, I electronically filed a true and correct copy of the

foregoing using the Court's e-filing system. In addition, I served the foregoing via U.S. Mail and

electronic mail on following parties:

Daniel J. Blinka
Hayley Rich-Noble
William J. Nelson
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
dblinka@gklaw.com
hrichnoble@gklaw.com
wnelson@gklaw.com

Edward B. Witte
9086 North Bayside Drive
Milwaukee, WI 53217
ned@wittedavis.com

Eric G. Nycz
900 Quay Street
Manitowoc, WI 54220
enycz@manitowocwi.gov

/s/ *Ann H. MacDonald*
Ann H. MacDonald

3