**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN,
GREEN BAY DIVISION**

CITY OF MANITOWOC,

Plaintiff,

v.

Case No. 26-cv-826

NEWELL BRANDS INC. AND NEWELL
OPERATING COMPANY

Defendants

---

**CIVIL L. R. 7(h) EXPEDITED NON-DISPOSITIVE UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

---

Pursuant to Civil L. R. 7(h), Defendants Newell Brands Inc. and Newell Operating Company (together, "Defendants"), by and through their undersigned counsel, respectfully request the Court to extend the time for Defendants to answer or otherwise respond to Plaintiff's Complaint until June 1, 2026. This motion is unopposed. In support of their Motion Defendants state as follows:

1. On April 9, 2026, Plaintiff the City of Manitowoc ("Plaintiff") filed a Complaint against Defendants in the Circuit Court of Manitowoc County, Wisconsin, Case Number 2026CV000151 (the "State Action"). *See* ECF No. 1-1.

2. Defendants accepted service of process through counsel on April 15, 2026. *See* ECF. No. 1. Defendants have not filed a responsive pleading to Plaintiff's Complaint in the State Action prior to removal.

3.  On May 11, 2026, Defendants timely removed the State Action to this Court by filing a Notice of Removal.  *See* ECF No. 1.

4.  Under Rule 81(c) of the Federal Rules of Civil Procedure, Defendants' responsive pleading is due on May 18, 2026.

5.  Defendants respectfully request a brief extension, through June 1, 2026, to allow Defendants additional time to review and respond to Plaintiff's Complaint.

6.  Counsel for Defendants conferred with counsel for Plaintiff.  Counsel for Plaintiff does not oppose the requested extension. *See* Exhibit A attached hereto.

7.  This Motion is not made for purposes of undue delay, and granting the requested relief will not prejudice Plaintiff.  Defendants have not previously sought an extension of time to respond to the Complaint.

**WHEREFORE** Defendants respectfully request that the Court grant Defendants' motion and extend the Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint to June 1, 2026.

2

Dated: May 15, 2026

Respectfully Submitted,

**ARENTFOX SCHIFF LLP**

/s/ *Ann H. MacDonald*

Ann H. MacDonald (Bar No. 6297081)
Mariam Weber (Bar No. 6332540)
ArentFox Schiff LLP
233 S. Wacker, Suite 7100
Chicago, Illinois 60606
ann.macdonald@afslaw.com
mariam.weber@afslaw.com
Telephone: 312.258.5500
Facsimile: 312.258.5600

*Attorneys for Newell Brands, Inc. and Newell Operating Company*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2026, I electronically filed a true and correct copy of the foregoing using the Court's e-filing system and served all counsel of record via the same.

*Daniel J. Blinka*
*Hayley Rich-Noble*
*William J. Nelson*
*833 East Michigan Street, Suite 1800*
*Milwaukee, WI 53202-5615*
*dblinka@gklaw.com*
*hrichnoble@gklaw.com*
*wnelson@gklaw.com*

*Edward B. Witte*
*9086 North Bayside Drive*
*Milwaukee, WI 53217*
*ned@wittedavis.com*

*Eric G. Nycz*
*900 Quay Street*
*Manitowoc, WI 54220*
*enycz@manitowocwi.gov*

/s/ *Ann H. MacDonald*
Ann H. MacDonald

4