## Weber, Mariam C.

| | |
|---|---|
| **From:** | Sawula, Andrew N. |
| **Sent:** | Wednesday, May 13, 2026 9:52 AM |
| **To:** | Blinka, Daniel; Ned Witte |
| **Cc:** | Rich-Noble, Hayley; Nelson, William; Eric Nycz (enycz@manitowoc.org); MacDonald, Ann H.; Weber, Mariam C.; Gorjala, Meera |
| **Subject:** | RE: Mirro Plant 9 - Deadline to Answer or Otherwise Respond |

Thank you, Daniel.

Best,

**Andrew N. Sawula** HE/HIM/HIS
PARTNER | **ARENTFOX** SCHIFF LLP
andrew.sawula@afslaw.com | **DIRECT** 847.295.4336

**From:** Blinka, Daniel <DBlinka@gklaw.com>
**Sent:** Wednesday, May 13, 2026 9:20 AM
**To:** Sawula, Andrew N. <andrew.sawula@afslaw.com>; Ned Witte <ned@wittedavis.com>
**Cc:** Rich-Noble, Hayley <HRichNoble@gklaw.com>; Nelson, William <WNelson@gklaw.com>; Eric Nycz
(enycz@manitowoc.org) <enycz@manitowoc.org>; MacDonald, Ann H. <ann.macdonald@afslaw.com>; Weber, Mariam
C. <mariam.weber@afslaw.com>; Gorjala, Meera <meera.gorjala@afslaw.com>
**Subject:** RE: Mirro Plant 9 - Deadline to Answer or Otherwise Respond

| **This Message Is From an External Sender** | |
|---|---|
| This message came from outside ArentFox Schiff LLP. Please treat this email with caution. | Report Suspicious |

Andy,

I will take this one. We agree to maintain the extension we already agreed to. I calculated the answer deadline as
June 1.

Regards,

**Daniel Blinka** | Attorney
414.287.9489 direct | DBlinka@gklaw.com

# GODFREY▦KAHN

*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*

**From:** Sawula, Andrew N. <andrew.sawula@afslaw.com>
**Sent:** Tuesday, May 12, 2026 8:04 PM
**To:** Ned Witte <ned@wittedavis.com>
**Cc:** Blinka, Daniel <DBlinka@gklaw.com>; Rich-Noble, Hayley <HRichNoble@gklaw.com>; Nelson, William
<WNelson@gklaw.com>; Eric Nycz (enycz@manitowoc.org) <enycz@manitowoc.org>; MacDonald, Ann H.
<ann.macdonald@afslaw.com>; Weber, Mariam C. <mariam.weber@afslaw.com>; Gorjala, Meera
<meera.gorjala@afslaw.com>
**Subject:** Mirro Plant 9 - Deadline to Answer or Otherwise Respond

**[EXTERNAL] This message originated from outside your domain.**

Hi Ned,

I am writing to touch base on the deadline to answer or otherwise respond.  In light of our Notice of Removal, I am writing to confirm whether the City would oppose Newell Brands Inc. and Newell Operating Company (the Companies) requesting that the District Court set the deadline to match the deadline we agreed upon in the below email exchange (i.e., 45 days from the April 15th waiver of personal service).

Thank you,
Andy

**Andrew N. Sawula** HE/HIM/HIS
PARTNER | **ARENTFOX** SCHIFF LLP
andrew.sawula@afslaw.com | **DIRECT** 847.295.4336

---

**From:** Sawula, Andrew N.
**Sent:** Wednesday, April 15, 2026 4:35 PM
**To:** 'Ned Witte' <ned@wittedavis.com>
**Cc:** Eric Nycz <enycz@manitowocwi.gov>; Blinka, Daniel <dblinka@gklaw.com>; William J. Nelson (wnelson@gklaw.com) <wnelson@gklaw.com>; Heather Davis <heather@wittedavis.com>
**Subject:** RE: Mirro Plant 9 - Service of Summons and Complaint

Hi Ned,

I write on behalf of Newell Brands Inc. and Newell Operating Company to confirm that the companies have agreed to waive personal service of the summons and complaint in exchange for receiving an enlargement of time to 45 days to answer or otherwise respond to the complaint filed in Manitowoc County Circuit Court.

Thanks,
Andy

**Andrew N. Sawula** HE/HIM/HIS
PARTNER | **ARENTFOX** SCHIFF LLP
andrew.sawula@afslaw.com | **DIRECT** 847.295.4336

---

**From:** Ned Witte <ned@wittedavis.com>
**Sent:** Wednesday, April 15, 2026 12:58 PM
**To:** Sawula, Andrew N. <andrew.sawula@afslaw.com>
**Cc:** Eric Nycz <enycz@manitowocwi.gov>; Blinka, Daniel <dblinka@gklaw.com>; William J. Nelson (wnelson@gklaw.com) <wnelson@gklaw.com>; Heather Davis <heather@wittedavis.com>
**Subject:** RE: Mirro Plant 9 - Service of Summons and Complaint

Thank you,

Ned

**Edward (Ned) B. Witte, Partner | Witte Davis Law LLP**

414.305.2267 (mobile / text) | ned@wittedavis.com | www.wittedavis.com



This e-mail communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this communication (or its attachments) is strictly prohibited.

**From:** Sawula, Andrew N. <andrew.sawula@afslaw.com>
**Sent:** Wednesday, April 15, 2026 1:54 PM
**To:** Ned Witte <ned@wittedavis.com>
**Cc:** Eric Nycz <enycz@manitowocwi.gov>; Blinka, Daniel <dblinka@gklaw.com>; William J. Nelson (wnelson@gklaw.com) <wnelson@gklaw.com>; Heather Davis <heather@wittedavis.com>
**Subject:** RE: Mirro Plant 9 - Service of Summons and Complaint

Hi Ned,

Acknowledging receipt.  I will discuss with the company and will get back to you.

Best,
Andy

**Andrew N. Sawula** HE/HIM/HIS
PARTNER | **ARENTFOX** SCHIFF LLP
andrew.sawula@afslaw.com | **DIRECT** 847.295.4336

**From:** Ned Witte <ned@wittedavis.com>
**Sent:** Wednesday, April 15, 2026 4:05 AM
**To:** Sawula, Andrew N. <andrew.sawula@afslaw.com>
**Cc:** Eric Nycz <enycz@manitowocwi.gov>; Blinka, Daniel <dblinka@gklaw.com>; William J. Nelson (wnelson@gklaw.com) <wnelson@gklaw.com>; Heather Davis <heather@wittedavis.com>
**Subject:** Mirro Plant 9 - Service of Summons and Complaint

Andy,

Given the parties' ongoing working relationship, and as I indicated when we spoke last week, the City would prefer to proceed cooperatively if possible. To avoid the need to arrange for a process server, would Newell be willing to waive personal service of the summons and complaint in exchange for it receiving an enlargement of time to 45 days to answer or otherwise respond to the complaint filed in Manitowoc County Circuit Court?

If so, please let us know whether you are authorized to accept service on Newell's behalf.

Talk with you later this morning,

Ned

## Edward (Ned) B. Witte, Partner

414.305.2267 (mobile / text) | ned@wittedavis.com| www.wittedavislaw.com

This e-mail communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient.

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.