UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

CITY OF MANITOWOC,

Plaintiff,

v.

NEWELL BRANDS INC. AND NEWELL
OPERATING COMPANY,

Defendants.

Case No. 1:26-cv-00826-BBC

---

**PLAINTIFF'S DISCLOSURE STATEMENT**

---

The undersigned, counsel of record for City of Manitowoc, Plaintiff, furnishes the following list in compliance with Fed. R. Civ. P. 7.1(a)(2) and Civil L. R. 7.1:

1.    The undersigned counsel represents City of Manitowoc in the above-styled action.

2.    There is no such corporation.

3.    The law firms expected to appear on behalf of Plaintiff in this action are Godfrey & Kahn, S.C., Witte Davis Law LLP, and City Attorney's Office.

Dated this 18th day of May, 2026.

By:  *s/ Hayley Rich-Noble*
Daniel J. Blinka, State Bar No. 1074288
Hayley Rich-Noble, State Bar No. 1126707
William Nelson, State Bar No. 1092388
Godfrey & Kahn, S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Phone:  414-273-3500
Fax:  414-273-5198
Email: dblinka@gklaw.com
hrichnoble@gklaw.com
wnelson@gklaw.com


Edward B. Witte, State Bar No. 1017055
Witte Davis Law LLP
9086 North Bayside Drive
Milwaukee, WI 53217
Phone: 414-305-2267
Email: ned@wittedavis.com


Eric G. Nycz, State Bar No. 1055471
City Attorney's Office
900 Quay Street
Manitowoc, WI 54220
Phone: 920-686-6990
Email: enycz@manitowocwi.gov


*Attorneys for Plaintiff City of Manitowoc*

38408551.1