IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

CITY OF MANITOWOC,

     Plaintiff,

v.                                                 Case No. 26-CV-826

NEWELL BRANDS INC. and
NEWELL OPERATING COMPANY,

     Defendants.

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that the undersigned attorney has been retained by Defendants,

Newell Brands Inc. and Newell Operating Company, along with other attorneys already

appeared, in the above-entitled action and request that all papers and other documents filed in the

above action be served upon them at their office address set forth below.

     Dated this 1st day of June, 2026.

                    LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.
                    Attorneys for Defendants, Newell Brands Inc. and
                    Newell Operating Company

                    By:  /s/Jodi Arndt Labs
                          Jodi Arndt Labs, Bar No. 1033359
                          Law Firm of Conway, Olejniczak & Jerry, S.C.
                          231 South Adams Street
                          P. O. Box 23200
                          Green Bay, WI  54305-3200
                          Telephone: (920) 437-0476
                          Facsimile: (920) 437-2868
                          E-mail:  jodi@lcojlaw.com

*612615.032:#5901644*