# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| City of Manitowoc | ) |
| *Plaintiff* | ) |
| v. | ) |
| Newell Brands Inc. and Newell Operating Company | ) |
| *Defendant* | ) |

Case No.    1:26-cv-00826

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

Newell Brands Inc. and Newell Operating Company                                                            .

Date:     06/03/2026

/s/ Andrew N. Sawula
*Attorney's signature*

Andrew N. Sawula (6278383)
*Printed name and bar number*

One Westminster Place, Suite 200
Lake Forest, IL 60045

*Address*

andrew.sawula@afslaw.com
*E-mail address*

(847) 295-4336
*Telephone number*

(847) 295-7810
*FAX number*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 3, 2026, I electronically filed a true and correct copy of the

foregoing using the Court's e-filing system and served all counsel of record via the same.

*Daniel J. Blinka*
*Hayley Rich-Noble*
*William J. Nelson*
*833 East Michigan Street, Suite 1800*
*Milwaukee, WI 53202-5615*
*dblinka@gklaw.com*
*hrichnoble@gklaw.com*
*wnelson@gklaw.com*

*Edward B. Witte*
*9086 North Bayside Drive*
*Milwaukee, WI 53217*
*ned@wittedavis.com*

*Eric G. Nycz*
*900 Quay Street*
*Manitowoc, WI 54220*
*enycz@manitowocwi.gov*

/s/ *Andrew Sawula*
Andrew Sawula