# UNITED STATES DISTRICT COURT
### for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| City of Manitowoc | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00826 |
| Newell Brands Inc. and Newell Operating Company | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

Newell Brands Inc. and Newell Operating Company    .

Date:    06/03/2026

/s/ Meera Gorjala
*Attorney's signature*

Meera Gorjala (6342164)
*Printed name and bar number*

233 South Wacker Drive, Suite 7100
Chicago, IL 60606

*Address*

meera.gorjala@afslaw.com
*E-mail address*

(312) 258-5627
*Telephone number*

(312) 258-5600
*FAX number*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 3, 2026, I electronically filed a true and correct copy of the

foregoing using the Court's e-filing system and served all counsel of record via the same.

*Daniel J. Blinka*
*Hayley Rich-Noble*
*William J. Nelson*
*833 East Michigan Street, Suite 1800*
*Milwaukee, WI 53202-5615*
*dblinka@gklaw.com*
*hrichnoble@gklaw.com*
*wnelson@gklaw.com*

*Edward B. Witte*
*9086 North Bayside Drive*
*Milwaukee, WI 53217*
*ned@wittedavis.com*

*Eric G. Nycz*
*900 Quay Street*
*Manitowoc, WI 54220*
*enycz@manitowocwi.gov*

<u>/s/ *Meera Gorjala*</u>
Meera Gorjala