# Exhibit 1

Case 1:26-cv-00826-BBC    Filed 06/15/26    Page 1 of 68    Document 12-1

 



# STS CONSULTANTS, LTD.

## Phase I Environmental
## Site Assessment

MIRRO Plant 9
1512 Washington Street
Manitowoc, Wisconsin

STS Project No. 4-28130EA

Newell Rubbermaid, Inc.
29 East Stephenson Street
Freeport, Illinois 61032



THE INFRASTRUCTURE IMPERATIVE

**STS CONSULTANTS**

STS Consultants, Ltd.    voice  920-468-1978
1035 Kepler Drive    fax    920-468-3312
Green Bay, Wisconsin 54311-8320   web  www.stsconsultants.com

June 20, 2003

Mr. Peter Schultz
Newell Rubbermaid, Inc.
6833 Statler Drive Road
Rockford, Illinois 61108

Re: Phase I Environmental Site Assessment, MIRRO Plant 9, 1512 Washington Street, City of Manitowoc, Manitowoc County, Wisconsin -- STS Project No. 4-28130EA

Dear Mr. Schultz:

STS Consultants, Ltd. has completed the Phase I Environmental Site Assessment (ESA) for the above-referenced property. The objective of the Phase I ESA was to identify recognized environmental conditions in connection with the property. This Phase I ESA was conducted in general accordance with the ASTM Standard E 1527-00 entitled *Standard Practice for Environmental Site Assessments: Phase I Environmental Site Assessment Process.*

Please call if you have any questions or comments regrading the information presented in this report.

Sincerely,

STS CONSULTANTS, LTD.

Michael L. DeBraske, P.E.
Project Engineer

Roger A. Miller, P.G., CHMM
Associate Hydrogeologist

MLD/tjs

C428130EA-PHASE-I-ESA-PLANT-9-COV-LTR.DOC

100-LH-9 (4/02)

**Table of Contents**

EXECUTIVE SUMMARY ...........................................................1

1.0 INTRODUCTION.................................................................5

    1.1 Purpose..................................................................5

    1.2 Detailed Scope of Services........................................5

    1.3 Significant Assumptions.............................................6

    1.4 Limitations and Exceptions of Assessment ...................6

    1.5 Special Terms and Conditions....................................7

    1.6 User Reliance .........................................................7

2.0 SITE DESCRIPTION...........................................................8

    2.1 Location and Legal Description ..................................8

    2.2 Site and Vicinity General Characteristics .....................8

    2.3 Current Use of the Property.......................................8

    2.4 Description of Improvements on the Site.......................9

    2.5 Current Uses of the Adjoining Properties .....................9

3.0 USER-PROVIDED INFORMATION..........................................13

    3.1 Environmental Liens or Activity and Use Limitations...........13

    3.2 Specialized Knowledge.............................................13

    3.3 Valuation Reduction for Environmental Issues...................13

    3.4 Owner, Subject Property Manager, and Occupant Information ...............................................................13

    3.5 Reason for Performing Phase I ESA ...........................13

4.0 RECORDS REVIEW .................................................................14

    4.1 Standard Environmental Record Sources ...........................14

    4.2 Sanborn Maps........................................................16

    4.3 Additional Environmental Record Sources ...........................19

    4.4 Client Record Sources..............................................20

    4.5 Physical Setting .....................................................21

    4.6 Subject Property Historical Use Information......................22

    4.7 Adjoining Property Historical Use Information ...................23

5.0 INFORMATION FROM SITE RECONNAISSANCE...................24

    5.1 Methodology and Limiting Conditions...............................24

    5.2 General Site Setting.................................................24

    5.3 Exterior Conditions .................................................24

    5.4 Interior Conditions....................................................25

    5.5 Hazardous Substances in Connection with Identified Uses 29

    5.6 Storage Tanks........................................................30

    5.7 Indications of Polychlorinated Biphenyls .......................31

**Table of Contents, continued**

    5.8  Indications of Solid Waste Disposal ........................................31

    5.9  Wetlands........................................................................................31

**6.0  INTERVIEWS** ..........................................................................................32

**7.0  FINDINGS AND CONCLUSIONS**...........................................................33

**8.0  AFFIRMATION**.......................................................................................36

<u>**Figures**</u>

Figure 1 - Site Location Map .............................................................10

Figure 2 - Building Location Map ......................................................11

Figure 3 - Site Diagram ....................................................................12

<u>**Appendices**</u>

Appendix A - References

Appendix B - Professional Résumés

Appendix C - Environmental Data Resources, Inc. Report

Appendix D - Sanborn Fire Insurance Maps

Appendix E - Photo Log

Case 1:26-cv-00826-BBC    Filed 06/15/26    Page 5 of 68    Document 12-1



Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

## EXECUTIVE SUMMARY

STS Consultants, Ltd. (STS) was retained by Newell Rubbermaid, Inc. (Newell) (Client) to perform a Phase I Environmental Site Assessment (ESA) of the MIRRO Company (MIRRO) property located at 1512 Washington Street, Manitowoc, Wisconsin (subject property). This report is confidential and was prepared for Client. This Phase I ESA was conducted in accordance with our proposal dated April 3, 2003 (STS Proposal No. 4-14438PP). This report is a summary of our findings and conclusions regarding environmental conditions.

The American Society for Testing and Materials (ASTM) Standard E 1527-00 defines a recognized environmental condition (REC) as:

> "The presence or expected presence of any hazardous substances or petroleum products on a property under conditions that indicate an existing release, a past release, or a material threat of a release of any hazardous substances or petroleum products into structures on the property or into the ground, groundwater or surface water of the property. The term includes hazardous substances or petroleum products even under conditions in compliance with laws. The term is not intended to include *de minimis* conditions that generally do not present a material risk of harm to public health or the environment and that generally would not be the subject of an enforcement action if brought to the attention of appropriate governmental agencies. Conditions determined to be *de minimis* are not recognized environmental conditions."

STS identified the following RECs concerning the subject property as a result of this Phase I ESA:

- Based on interviews with current and former MIRRO employees, a steam outlet was formerly located on the south end of Building C (Figure 2) and was historically used to steam-clean tools, equipment, and other heavily soiled, hard-to-clean items. Mr. Richard Todl indicated that oils and other hazardous substances likely have impacted the subsurface in this area, because the concrete floor was cracked and in generally poor condition at that time. A floor drain was also observed adjacent to this area, but Mr. Todl was unaware of the ultimate discharge point of the drain. However, Mr. Todl indicated that it is likely that the drain was historically linked to a storm sewer that drained to Sherman Creek.

- Discolored, unpaved ground surfaces were observed inside Building C. The unpaved surfaces were approximately 4 to 6 inches wide located on either side of the concrete floor slab and appeared to be drainage channels linked to floor drains observed at the south end of the building. Mr. Todl indicated that he was unaware of any paved surface beneath the channels and was unaware of the ultimate discharge points of the drains. Mr. Todl indicated that rolls of aluminum coil were historically stored in Building C, and that the floors in this building were commonly covered with

Case 1:26-cv-00826-BBC     Filed 06/15/26     Page 6 of 68     Document 12-1

 

Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

lubricating oil, which dripped off the rolls. The potential exists that petroleum or other hazardous substances may have impacted the subsurface in this area.

- Based on interviews with current and former MIRRO employees, an automatic anodizing room was formerly located on the east end of Building N. Chromic, phosphoric, sulfuric, nitric, and/or hydrochloric acid were used to anodize aluminum products. Floors in the anodizing room were observed to be in poor condition and stained. Two subsurface access ports were observed in the concrete floor at the east end of the room. The ports were reportedly used for maintenance access to piping and appurtenances installed beneath the concrete floor. Observation of the subsurface beneath one of the ports revealed apparently discolored (orange) soil. The potential exists that hazardous substances may have impacted the subsurface beneath the automatic anodizing room.

- Wooden floors throughout the press room (portions of Buildings K, L, and M) were observed to be stained, and several areas of exposed subsurface were observed to be saturated with oil. According to Mr. Todl, the production floors are constructed of a concrete slab, overlain by several inches of compacted fill, overlain by 2-inch x 12-inch framing, overlain by the hardwood plank floor. STS was unable to assess the condition of the concrete in the areas observed to be saturated with oil. It is likely that the compacted fill in these areas is impacted by petroleum products or other hazardous substances. The potential also exists that petroleum products or other hazardous substances may have impacted the subsurface beneath the concrete slab in these areas.

- Review of Sanborn Fire Insurance (Sanborn) maps indicates that a tannery was formerly located on the subject property at the corner of Franklin Street and 15th Street. Buildings identified as the Henry Vits Tannery were observed on the readily available Sanborn maps from 1883, 1887, and 1894. One of the buildings was identified as "Leach Vats" and may have been associated with the use of hazardous substances to prepare animal hides. The potential exists that hazardous substances related to the former tannery operations may have impacted the subsurface of the subject property.

- Based on interviews with current and former MIRRO employees, a former ethylene glycol heating coil system remains installed underneath the concrete walkway adjacent to the main entrance off Washington Street. The heating coil system was reportedly used to melt ice on the concrete entrance and consisted of a series of 1-inch diameter cast iron pipes filled with ethylene glycol, all connected to an interior aboveground storage tank (AST), heat exchanger, and recycling pump. Current and former MIRRO employees familiar with the system indicate that the pipes likely contain residual ethylene glycol. Considering the age of the cast iron pipes and the potential for residual ethylene glycol, the potential exists that hazardous substances have impacted the subsurface of the subject property.

 

Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

- Thirteen hydraulically operated elevators are present within the industrial structure on the subject property. Observation of one of the elevator shafts during the site reconnaissance revealed standing water and possible oil sheen. Due to the age of the elevators, shafts, and hydraulic appurtenances, the potential exists that petroleum products or other hazardous substances have impacted the subsurface adjacent to the elevators.

- Concrete press pits were observed within the industrial structure and were formerly used to collect hydraulic oil that originated/leaked from hydraulically operated manufacturing equipment. The press pits were reportedly closed without documentation by removing residual oil, filling them with sand or other inert material, and capping the surface with concrete. Based on the historical use of the press pits, and reports from current and former MIRRO employees regarding probable leaks from comparable pits at other MIRRO facilities, the potential exists that petroleum products or other hazardous substances may have impacted the subsurface in these areas.

The ASTM Standard E 1527-00 defines a historical REC as an:

> "Environmental condition which in the past would have been considered a recognized environmental condition, but may or may not be considered a recognized environmental condition currently."

STS identified the following historical RECs concerning the subject property as a result of this Phase I ESA:

- Review of readily available MIRRO files, the Environmental Data Resources, Inc. (EDR) report, and Wisconsin Department of Natural Resources (WDNR) databases indicates that seven underground storage tanks (USTs) were closed and removed from the subject property in 1988. Three mineral spirits or kerosene tanks were removed from the west side (Excavation 1), two diesel tanks were removed from the northwest corner (Excavation 2), and two mineral spirits tanks were removed from the east side (Excavation 3). Releases of hazardous substances were reported to the WDNR as a result of the tank removal activities in Excavation 2 and 3. One leaking underground storage tank (LUST) case (WDNR Activity No. 03-36-000085) was opened by the WDNR to address the impacts related to the USTs in Excavation No. 3, and one Emergency Repair Program (ERP) case (WDNR Activity No. 02-36-216391) was opened by the WDNR to address the impacts related to the USTs in Excavation No. 2. Two separate soil vapor extraction systems were installed and operated between 1992 and 1996 to remediate impacted soil and groundwater in these areas. The WDNR granted closure of the LUST case in 1999 and the ERP case in 2000. Both closures included NR 140 Preventive Action Limit (PAL) exemptions for groundwater contaminated with chlorinated solvents. At the time of closure, groundwater concentrations of cis-1,2-dichloroethene on the east side of the subject property and trichloroethylene on the west side of the subject property exceeded the NR 140 PALs.



Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

- Review of readily available MIRRO files, the EDR report, and WDNR databases indicates that four 4,406-gallon fuel oil USTs were closed and abandoned in place on the east side of the subject property in June 2001. As a result of UST assessment activities, the WDNR was notified of a release of hazardous substances. The WDNR opened a LUST case (Activity No. 03-36-274209) to address the impacts in this area, but later transferred the case to the Wisconsin Department of Commerce (Commerce Case No. 54220-5046-12). Mr. Robert H. Klauk (Commerce) indicated that the USTs were abandoned in place, because of concerns that tank removal would jeopardize the integrity of adjacent buildings. Mr. Klauk indicated that two soil samples collected from the area exceeded the diesel range organics (DRO) NR 720 Residual Contaminant Level (RCL) of 250 milligrams per kilogram (mg/kg). Mr. Klauk indicated that Commerce granted conditional closure of the case in December 2001, and that final case closure required a deed notification be filed with the Register of Deeds to address the residual soil impacts. According to Mr. Klauk, the deed notification has not been filed to date; therefore, the case has not attained final closure status.



Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

## 1.0 INTRODUCTION

### 1.1 Purpose

The purpose of this Phase I ESA is to identify, to the extent feasible, current RECs and historical RECs in connection with the subject property. The ASTM Standard E 1527-00 states that: "The Phase I Environmental Site Assessment is intended to permit a user to satisfy one of the requirements to qualify for the innocent landowner defense under Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) liability; that is, the practices that constitute "all appropriate inquiry into previous ownership and uses of the property consistent with good commercial or customary practice, as defined in 42 USC, Section 9601(35)(B)."

### 1.2 Detailed Scope of Services

This Phase I ESA includes site history research, government environmental database search, site reconnaissance, interviews with current and previous facility personnel and local governmental officials, and preparation of a written report.

As part of the historical research, STS reviewed historical aerial photographs, local government records, and historical library references for the subject property. Additionally, STS interviewed the following:

- Mr. Peter Schultz, Director of Environmental Affairs, Newell Rubbermaid, Inc.
- Mr. Charles Hauck, Maintenance Manager, MIRRO
- Mr. Richard Todl, Senior Plant Engineer, MIRRO
- Mr. Tom Reed, former MIRRO Environmental Engineer, Manitowoc Public Utilities
- Ms. Sandi White, Assessment Clerk, City of Manitowoc (City) Assessor's Office
- Mr. Jim Krowiorz, Deputy Chief, City Fire Department
- Mr. Paul Braun, Associate Planner, City Planning Department
- Ms. Jill Erickson, Engineering Aide, City Engineering Department
- Mr. Robert H. Klauk, Wisconsin Department of Commerce (Commerce)

These resources are discussed throughout the text of this report and are listed in Appendix A.

 

Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

### 1.3 Significant Assumptions

STS assumes that all information obtained from Client on the subject property is correct and complete. STS also assumes that Client has provided STS with all reasonably ascertainable prior environmental reports concerning the subject property. Finally, STS assumes that this Phase I ESA report will be read as a whole by the user.

This report has been prepared to summarize any observed current RECs and historical RECs on the subject property. Environmental conditions and regulations are subject to constant change and re-interpretation. Current observations, conditions, or regulatory positions may not represent conditions at some future time. This report represents STS's judgment and opinion based on the information obtained. No warranty, either expressed or implied, with regard to the site conditions, or Client's ability to assert any defense under CERCLA or any comparable state law for residual environmental impairment, is contained herein. Resumes of STS project personnel who conducted this Phase I ESA are included in Appendix B.

### 1.4 Limitations and Exceptions of Assessment

This Phase I ESA was prepared to identify past and current subject property uses that may pose RECs to the subject property. STS assumes no responsibility for the discovery and elimination of hazards that could possibly cause accidents, injuries, or damage. Compliance with the recommendations and/or suggestions contained in this report in no way assures elimination of hazards or the fulfillment of a property owner's obligation under any local, state, or federal laws or any modifications or changes thereto. It is the responsibility of the subject property owner to notify authorities of any conditions that are in violation of current legal standards.

Factual information regarding operations, conditions, and test data were obtained, in part, from Client, outside agents, and third parties and have been assumed by STS to be correct and complete. Because the facts stated in this report are subject to professional interpretation, they could result in differing conclusions. In addition, the findings and conclusions contained in this report are based on various qualitative factors as they existed on or near the date of the site reconnaissance.

This Phase I ESA reflects conditions, operations, and practices as observed on the date of the site reconnaissance (April 22, 2003). Changes or modifications to the subject property made after the site reconnaissance are not included.

Case 1:26-cv-00826-BBC    Filed 06/15/26    Page 11 of 68    Document 12-1

 

Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

This Phase I ESA was conducted in general accordance with ASTM Standard E 1527-00 and in a manner consistent with others performing Phase I ESAs under the same conditions and in the same locality. No sampling or testing was performed during this Phase I ESA. The Phase I ESA did not address any of the non-scope issues, defined in Section 12 of ASTM 1527-00.

The non-scope items which were not addressed as part of this Phase I ESA include:

- Asbestos-containing materials
- Radon
- Lead-based paint
- Lead in drinking water
- Wetlands
- Regulatory compliance
- Cultural and historic resources

- Industrial hygiene
- Health and safety
- Compliance
- Ecological resources
- Endangered species
- Indoor air quality
- High voltage power lines

STS did not conduct a chain of title search or a mold study as part of this Phase I ESA.

STS observed the subject property to identify current RECs and historical RECs. Based on our review of reasonably ascertainable information, STS was unable to determine the historic use of the subject property prior to 1883. Sanborn maps were not available prior to 1883, and aerial photographs of the subject property were not readily available prior to 1946.

## 1.5 Special Terms and Conditions

This Phase I ESA was conducted in accordance with our proposal dated April 3, 2003 (STS Proposal No. 4-14438PP).

## 1.6 User Reliance

This report is confidential and was prepared for Client. STS recommends that this report be used only for the purpose intended by Client and STS as of the date of this report. This report may be unsuitable for other uses, and reliance on its contents by anyone other than Client and Client's lending institution is done at the sole risk of the user. STS accepts no responsibility for application or interpretation of the results by anyone other than Client, Client's lending institution, and STS.

Case 1:26-cv-00826-BBC    Filed 06/15/26    Page 12 of 68    Document 12-1

 

Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

## 2.0 SITE DESCRIPTION

### 2.1 Location and Legal Description

The subject property is located at 1512 Division Street in the city of Manitowoc, Wisconsin. The subject property is further described as all of Block 246, in the Southwest 1/4 of the Northeast 1/4 of Section 30, Township 19 North, Range 24 East, and Manitowoc County, Wisconsin. A Site Location Map of the subject property is presented as Figure 1.

### 2.2 Site and Vicinity General Characteristics

According to information obtained from the City of Manitowoc Assessor's Office, the subject property is approximately 3.72 acres in size and is zoned heavy industrial. The property is comprised of approximately 17 buildings, of various heights, coupled together as one structure. The structure occupies an entire city block between Franklin Street, 15th Street, Washington Street, and 16th Street. Sidewalks and paved loading dock driveways comprise the remainder of the subject property; vegetated areas were not observed. Based on readily accessible information, the existing structure on the subject property was constructed in multiple phases between 1904 and 1927; however, several structures existed on the property prior to 1904 and at least since 1883. A Building Location Map is presented as Figure 2.

The area surrounding the subject property generally consists of a mix of industrial, commercial, and residential property. The Canadian National Railroad is located to the north of the subject property, adjacent and north of Franklin Street. Review of readily accessible Sanborn maps and facility drawings indicates that Sherman Creek traverses the northwest corner of the subject property. The creek travels in a southwesterly to northeasterly direction and ultimately merges with the Manitowoc River located approximately 1/4 mile to the northeast. Based on site reconnaissance and interviews, Sherman Creek traverses the property below ground via a concrete or steel drainage structure. A Site Diagram of the subject property is presented as Figure 3.

### 2.3 Current Use of the Property

According to Mr. Todl and Mr. Reed, aluminum goods manufacturing at the subject property ceased in 1986. MIRRO corporate and engineering offices were maintained on the sixth and seventh floors of the structure until 2001. The structure has been vacated since 2001; however, several pieces of manufacturing equipment, associated production-related materials, engineering files, and miscellaneous debris were present at the time of the site reconnaissance. From 1898 to 1986 the



Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

property was used to manufacture various aluminum goods and novelties, including combs, pocket pieces, tray sets, cooking utensils, ammunition cartridge cases, canteens, meat cans, radio parts, airplane tanks and other war items, and later aluminum cookware.

## 2.4 Description of Improvements on the Site

The subject property is currently improved with approximately 17 buildings coupled together as one structure. Based on readily accessible information, the structure was constructed in multiple phases between 1904 and 1929. In general, the structure was built in phases from Franklin Street towards Washington Street. The structure varies in height, but generally consists of six or seven stories. The structure is constructed of steel or reinforced concrete supports and brick walls and is generally situated on a concrete slab foundation. Portions of the structure include basement space consisting of concrete walls and slab floors. Numerous single-pane glass windows are located throughout the structure. The structure includes a main entrance on Washington Street and additional mandoor and overhead loading dock entrances on 15th and 16th Streets. Portions of the exterior brick walls were observed to be covered with a white paper-like material. Based on interviews with Mr. Reed and Mr. Todl, the white material was installed over portions of the brick façade to reduce the potential for pedestrian injury due to decaying brick. Mr. Reed indicated that the material contains asbestos.

Municipal water and sewer systems are provided to the subject property. The structure is equipped with hot water and steam heat provided by a natural gas-fired boiler and includes several natural gas unit heaters. Manitowoc Public Utilities provides electrical service to the subject property.

## 2.5 Current Uses of the Adjoining Properties

The adjoining property uses are as follows:

- ◆ *North* - Franklin Street; industrial and residential property beyond.
- ◆ *East* - 15th Street; residential and commercial property beyond.
- ◆ *South* - Washington Street; commercial and residential property beyond.
- ◆ *West* - 16th Street; MIRRO 16th Street facility and mixed residential, commercial, and industrial property beyond.



SCALE 1:24 000

SITE LOCATION MAP
PHASE I ESA
MIRRO PLANT 9 (1512 WASHINGTON STREET)
MANITOWOC, WISCONSIN

STS Consultants Ltd.
Consulting Engineers
1035 Kepler Dr.
Green Bay, WI 54311
920.468.1978

| DESIGNED BY | MLD | 05/30/03 |
|---|---|---|
| DRAWN BY | JMR | 05/30/03 |
| APPROVED BY | | |
| CADFILE | SCALE | AS SHOWN |
| STS PROJECT NO. 28130EA | FIGURE NO. 1 | |

X:\PROJECTS\Dwg2003\428130\EA\G428130EA_FIG1_SITE_LOCATION_MAP.dwg, 6/19/2003 11:05:08 AM, relince, \\04main\04GBHP6550N



SCALE 1:24000

| DESIGNED BY | MLD | 05/30/03 |
| DRAWN BY | JMR | 05/30/03 |
| APPROVED BY | | |

SITE LOCATION MAP
PHASE I ESA
MIRRO PLANT 9 (1512 WASHINGTON STREET)
MANITOWOC, WISCONSIN

STS Consultants Ltd.
Consulting Engineers
1035 Kepler Dr.
Green Bay, WI 54311
920.468.1978

CADFILE

SCALE
AS SHOWN

STS PROJECT NO.
28130EA

FIGURE NO.
1

Case 1:26-cv-00826-BBC    Filed 06/15/26    Page 16 of 68    Document 12-1

BUILDING L

BUILDING D

BUILDING B

BUILDING G

BUILDING H

BUILDING M

BUILDING F

BUILDING C

BUILDING A

BUILDING K

BUILDING E

BUILDING N

BUILDING J

BUILDING I

BUILDING P

BUILDING O

BUILDING V

1. BASERMAP DERVIVED FROM FACILITY DRAWING PROVIDED BY ASSESSOR'S OFFICE

N

STS Consultants Ltd.
Consulting Engineers
1035 Kepler Dr.
Green Bay, WI 54311
920.468.1978

| BUILDING LOCATION MAP PHASE I ESA MIRRO PLANT 9 (1512 WASHINGTON STREET) MANITOWOC, WISCONSIN | | |
|---|---|---|
| DESIGNED BY | MLD | 05/22/03 |
| DRAWN BY | ACS | 05/22/03 |
| APPROVED BY | | |
| CADFILE | SCALE N.T.S. | |
| STS PROJECT NO. 28130EA | FIGURE NO. 2 | |

Case 1:26-cv-00826-BBC    Filed 06/15/26    Page 17 of 68    Document 12-1



16TH STREET

AUTOMATIC
ANODIZING ROOM

PATTERN SHOP

COAL BOILER ROOM

HYDRAULIC ELEVATOR

FORMER ETHYLENE GLYCOL HEATING COIL SYSTEM

MACHINE SHOP

ALUMINUM ETCHING ROOM

WASHINGTON STREET

BOILER ROOM

ALLEY

HEAT TREAT ROOM

HYDRAULIC ELEVATOR

4 ABAND FUEL OIL

15TH STREET

X:\PROJECTS\Dwg2003\428130\EA\G428130EA_FIG3_DIAGRAM_MIRRO_PLANT_9.dwg, 6/6/2003 10:46:59 AM, relnce, \\04main\04GBHP5000W

 

Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

## 3.0 USER-PROVIDED INFORMATION

### 3.1 Environmental Liens or Activity and Use Limitations

Mr. Tom Reed, Mr. Richard Todl, and Mr. Chuck Hauck were not aware of environmental liens or land use restrictions that exist with respect to the subject property. According to readily available MIRRO environmental records and Mr. Klauk of Commerce, a deed notification will be required to obtain closure for the fuel oil LUST case on the east side of the subject property. Mr. Klauk indicated that residual soils adjacent to the abandoned tanks contain DRO at concentrations that exceed the NR 720 RCL.

### 3.2 Specialized Knowledge

Mr. Richard Todl provided specialized knowledge regarding RECs in connection to the subject property. Mr. Todl indicated that a steam outlet, formerly present in Building C (assessor's file), was historically used to steam-clean tools, equipment, and other heavily soiled, hard-to-clean items. Mr. Todl indicated that there is a floor drain in this area; however, oils, solvents, and other hazardous substances are likely to have impacted the subsurface, because the concrete floors were severely cracked at that time.

### 3.3 Valuation Reduction for Environmental Issues

STS is not aware that the value of the subject property is significantly less than the value of comparable properties because of environmental issues.

### 3.4 Owner, Subject Property Manager, and Occupant Information

Based on information provided by the Client, the current owner of the subject property is:

> Newell Rubbermaid, Inc.
> 29 East Stephenson Street
> Freeport, Illinois 61032

### 3.5 Reason for Performing Phase I ESA

STS completed the Phase I ESA on behalf of Newell Rubbermaid, Inc. for the purpose of evaluating environmental conditions at the subject property and assisting Client in demonstrating "due diligence" and good faith with respect to potential future claims under the Comprehensive Environmental Response Compensation and Liability Act (CERCLA).

Case 1:26-cv-00826-BBC          Filed 06/15/26          Page 19 of 68          Document 12-1

 

Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

## 4.0 RECORDS REVIEW

### 4.1 Standard Environmental Record Sources

Current federal and state database listings for hazardous waste and other potentially impaired sites within specified search distances were identified for the subject property and vicinity by EDR. These listed sites were reviewed by STS to identify sites that represent an REC to the subject property. The environmental databases and applicable search radii are listed below:

| Database | Minimum Search Distance (miles) |
|---|---|
| **Federal ASTM Records:** | |
| National Priority List (NPL) dated January 29, 2003. | 1.0 |
| Comprehensive Environmental Response, Compensation and Liability Information System (CERCLIS) list dated March 19, 2003. | 0.5 |
| CERCLIS No Further Remediation Action Planned (NFRAP) list dated March 19, 2003. | property and adjoining properties |
| Emergency Response Notification System (ERNS) list dated December 31, 2001. | subject property |
| RCRA CORRACTS facilities list dated January 15, 2003. | 1.0 |
| RCRA non-CORRACTS TSD facilities list dated September 9, 2002. | 0.5 |
| RCRA generators list dated September 9, 2002. | property and adjoining properties |
| **State ASTM Records (or pertinent state records):** | |
| State Solid Waste/Landfill Facilities (SWLF) list dated December 1, 2002. | 0.5 |
| State Leaking Underground Storage Tank (LUST) list dated January 15, 2003. | 0.5 |
| State Underground Storage Tank (UST) list dated April 11, 2003. | property and adjoining properties |
| State Equivalent CERCLIS list (SHWS/SCL) dated November 11, 1994. | 0.5 |
| State Equivalent NPL (SPL) list dated November 11, 1994. | 1.0 |

Appendix C contains the results of this EDR report and a description of each database.

Case 1:26-cv-00826-BBC    Filed 06/15/26    Page 20 of 68    Document 12-1

 

Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

## Environmental Database Results

STS reviewed the EDR report to estimate how many sites of known or potential environmental concern are located within the specified ASTM minimum search distances. The subject property appeared on the following EDR database searches: UST, LUST, Wisconsin Spills, Wisconsin ERP, Wisconsin Remedial Response Site Evaluation Report (WRRSER), and Facility Index System (FINDS).

The EDR report identified fourteen USTs at the subject property, and indicated that all but four of them were "closed/removed" from the property. Four 4,406-gallon fuel oil tanks were identified as "in use," however, recent review of the Commerce database indicated that the tanks were actually closed and abandoned-in-place in 2001. The EDR report identified two LUST cases and one ERP case at the subject property. One of the LUST cases was reported as "open." The current status of the LUST cases and ERP cases are discussed elsewhere within this report. Several spills were reported in the EDR report; however, the incident logs did not reveal evidence suggesting that the WDNR opened additional ERP cases due to the spill notifications.

Twenty (20) UST sites were identified in the EDR report as being located within 1/4 mile of the subject property. Of the 20 sites identified, five sites were listed as having active USTs. Documented releases of petroleum products associated with 6 of the 20 UST sites were identified in the EDR report as LUST sites: 838 South 16th Street (Wisconsin Aluminum Foundry), 1317 Franklin Street (Steffen's City Sales & Service), 1807 Washington Street (SuperAmerica #4097), 1201 Washington Street (Lloyd's Photo & Video [Lloyd's]), 803 South 14th Street (Schleis Auto Electric [Schleis]), and 1310 Clark Street (Vallesky Marital Trust). Three of those LUST sites remain open (SuperAmerica, Lloyd's, and Schleis). Based on the anticipated groundwater flow direction to the east, the subject property is located less than 1/8 mile downgradient of the SuperAmerica LUST site. However, due to the probable presence of utility corridors between the two locations, it is unlikely that petroleum products or other hazardous substances originating from the SuperAmerica LUST site have impacted the subsurface of the subject property.

Twenty seven (27) total LUST sites (21 in addition to the 6 identified above) were identified in the EDR report as being located within 1/2 mile of the subject property. Thirteen of the 21 additional LUST sites have been closed by the WDNR, and the remaining eight sites remain open. Based on the anticipated groundwater flow direction to the east, the subject property is located

Case 1:26-cv-00826-BBC     Filed 06/15/26     Page 21 of 68     Document 12-1


Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

approximately 1/4 to 1/2 mile downgradient of four open LUST sites. However, due to the probable presence of utility corridors between the locations, it is unlikely that petroleum products or other hazardous substances originating from the LUST sites have impacted the subsurface of the subject property.

Seven ERP sites (non-LUST sites) were identified in the EDR report as being located within 1/2 mile of the subject property. Based on the anticipated groundwater flow direction to the east, the subject property is located upgradient or sidegradient of these sites; therefore, it is unlikely that petroleum products or hazardous substances originating from these sites have impacted the subsurface of the subject property.

Two Wisconsin Waste Disposal Sites (WI WDS) were identified in the EDR report as being located within 1/2 mile of the subject property. One of the sites is Wisconsin Aluminum Foundry, located immediately northwest of the subject property across Franklin Street. Based on the STS site reconnaissance and anticipated groundwater flow direction, it is unlikely that hazardous substances originating from these sites have impacted the surface or subsurface of the subject property.

One Coal Gas site was identified in the EDR report as being located within 1 mile of the subject property. Based on the anticipated groundwater flow direction to the east, the subject property is located upgradient of this site; therefore, it is unlikely that petroleum products or hazardous substances originating from the site have impacted the surface or subsurface of the subject property.

STS also reviewed the "orphan" list included in the EDR report. The Orphan Summary List includes sites with locations that could not be mapped by EDR. Based upon STS's site reconnaissance of the area and the nature of regulated activities, the orphan sites were not within the specified EDR search radius or were considered unlikely to have impacted the surface or subsurface of the subject property.

### 4.2 Sanborn Maps

Sanborn maps from 1883, 1887, 1894, 1900, 1906, 1912, 1919, 1927, 1946, 1956, 1964, and 1966 were obtained through EDR. Discernible information indicated that the Henry Vits Tannery occupied the northeast corner of the subject property from at least 1883 to 1894. The tannery appeared to increase in size in each successive map and was shown to include a building

Case 1:26-cv-00826-BBC    Filed 06/15/26    Page 22 of 68    Document 12-1



Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

identified as "leach vats." The 1883 map indicated that a pond was present on the northeast corner of Franklin and 15th Street. The pond appeared to be linked to Sherman Creek, which was shown to traverse the northwest corner of the subject property. Properties to the north and east of the subject property appeared largely undeveloped on the 1883 map.

The 1887 map appeared similar to the previous map with the exception of the following: the Henry Vits Tannery appeared to have increased in size, and two separate lots with buildings appeared to the south of the Tannery along 15th Street.

The 1894 map indicated that the Henry Vits Tannery increased in size, and additional lots with buildings were shown to the south along 15th and Washington Street. The M. Sherman Leather Company Tannery was shown to the northeast of the subject property at the northwest corner of Franklin and 14th Street. A passenger train station was shown on the northwest corner of Franklin and 13th Street. Additional properties to the east and north appeared to be developed with additional lots and residential structures.

The Manitowoc Aluminum Novelty Company was shown to occupy the northeast corner of the subject property in the 1900 maps. The maps indicated that the company included a machine shop, a press room, and polishing and buffing areas. References to the Henry Vits Tannery on the subject property were no longer present. The M. Sherman Leather Company Tannery was no longer shown to the northeast of the subject property. The Manitowoc Pickling Company was shown to occupy the property immediately north of the subject property across Franklin Street.

The 1906 maps indicated that the Manitowoc Aluminum Novelty Company increased in size and expanded largely towards the south. The Aluminum Foundry Company is shown to occupy a portion of the subject property to the west of the Manitowoc Aluminum Novelty Company. The properties to the north and east appeared largely unchanged. The property to the west (across 16th Street) was shown to include buildings on the southern section of the block, but the remainder appeared undeveloped.

Case 1:26-cv-00826-BBC    Filed 06/15/26    Page 23 of 68    Document 12-1



Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

The 1912 maps indicated that the Aluminum Goods Manufacturing Company occupied the subject property, and that the manufacturing operations expanded further south and west on the property. The Aluminum Casting Company was shown to occupy the portion of the subject property formerly occupied by the Aluminum Foundry Company. The Nelbmeier Brothers Company (dairy products manufacture) was shown to occupy the property immediately north of the subject property across Franklin Street (former location of the Manitowoc Pickling Company). The Manitowoc Foundry Company was shown to occupy the property immediately west of the Nelbmeier Brothers Company property. The remainder of the adjacent properties appeared largely unchanged from the 1906 maps.

The 1919 maps indicated that the Aluminum Goods Manufacturing Company and the Aluminum Casting Company expanded further south on the subject property. A railroad spur is shown to intersect the Aluminum Goods Manufacturing Company towards the south end. The northern section of the property adjacent and west (across 16th Street) was shown to include a railroad spur and five structures identified as the Aluminum Goods Manufacturing Company. The buildings are shown to include lumber storage and warehouses. The Wisconsin Aluminum Foundry Company was shown to occupy property at the northeast and northwest corners of Franklin and 17th Street. The remainder of the adjacent properties appeared largely unchanged.

The 1927 maps indicated that the Aluminum Goods Manufacturing Company (Manitowoc Plant No. 2) occupied the majority of the subject property and the property adjacent and west, across 16th Street. The maps no longer referenced the Aluminum Casting Company. The subject property and the adjacent property to the west appeared developed with new buildings and additional railroad spurs. A rolling mill was identified on the adjacent property to the west.

The 1946 map appeared similar to the previous map, except that the Aluminum Goods Manufacturing Company now occupied the entire subject property. The maps from 1956, 1964, and 1966 appeared similar to the 1946 map.

Copies of the readily available Sanborn maps are included in Appendix D.

Case 1:26-cv-00826-BBC    Filed 06/15/26    Page 24 of 68    Document 12-1

 

Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

### 4.3 Additional Environmental Record Sources

STS requested any available file information of the subject property from Client and the following regulatory and governmental agencies:

- ◆ City of Manitowoc Assessor's Office

- ◆ City of Manitowoc Building Inspection Department

- ◆ City of Manitowoc Fire Department

- ◆ Wisconsin Department of Commerce

STS contacted Ms. Sandi White (Assessment Clerk) and visited the City Assessor's Office to obtain available information on the subject property. According to the Assessment Clerk, industrial properties within the City of Manitowoc are currently assessed by the State of Wisconsin. Information available from the Assessor's Office included two appraisal documents dated prior to 1972. According to the appraisal documents, the legal description of the subject property is "Lots 1 to 14, All of Block 247." The appraisal documents identified 17 buildings and indicated that the buildings were constructed from 1904 to 1927. Notable information identified within the appraisal documents included references to Chromium Plating within Building D.

STS visited the City of Manitowoc Building Inspection Department to obtain available information on the subject property. Information available in the building inspection files included building and occupancy permits, plumbing permits, electrical permits, and correspondence. The earliest available file was a 1946 building permit for an expansion of one of the manufacturing buildings. Additional noteworthy documents observed within the file included a 1956 building permit that identified the installation of three bays for punch presses and three bays for plating and anodizing and indicated that the basement under the center press bay was intended to be used for storage of metal dies on racks. Documents related to the installation, removal, or modification of ASTs or USTs were not observed within the building inspection file.

STS contacted Mr. Jim Krowiorz (Deputy Fire Chief) and visited the City of Manitowoc Fire Department (MFD) to obtain available information on the subject property. Mr. Krowiorz stated that the tank inspection program for the City of Manitowoc is no longer managed by the MFD, and that Badgerland Tank Inspection Service (Deerfield, Wisconsin) has managed the program since 2001. However, Mr. Krowiorz indicated that tank inspection data collected for properties in

Case 1:26-cv-00826-BBC    Filed 06/15/26    Page 25 of 68    Document 12-1


Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

Manitowoc prior to 2001 is maintained at the MFD. The MFD files included a 1990 letter from Mr. Tom Reed (MIRRO) to the MFD regarding the removal of seven USTs from the subject property in 1988. The letter included tank inventory forms for two 2,000-gallon mineral spirits tanks, three 250-gallon empty tanks, one 1,500-gallon empty tank, and one 1,000-gallon empty tank. The letter also indicated that two transformers containing polychlorinated biphenyls (PCBs) and four fuel oil USTs were present at the subject property.

STS contacted Mr. Robert H. Klauk (Commerce) to obtain information related to the open LUST case on the subject property. Details regarding this correspondence were presented in Section 3.1.

## 4.4 Client Record Sources

STS contacted Mr. Peter Schultz, Director of Environmental Affairs for Newell, and requested any available site assessment, geotechnical, and environmental records/information concerning the subject property. Records readily accessible by Mr. Schultz were forwarded to STS for review. Mr. Schultz indicated that any other readily accessible records would be located at the 2015 Mirro Drive facility (MIRRO Complex). Mr. Schultz referred STS to Mr. Chuck Hauck, Maintenance Manager for the MIRRO Complex, for additional information. STS contacted Mr. Hauck and later reviewed available records at the MIRRO Complex on April 29, 2003.

STS review of available Client records for the subject property revealed correspondences and reports associated with environmental issues at the subject property. The records included WDNR case closure letters for the LUST and ERP cases related to the 1988 removal of seven USTs and a conditional closure letter for the LUST case related to the abandonment in-place of the four fuel oil USTs. The records also included an undated facility diagram that identified UST locations at the subject property. The diagram indicated that 14 USTs, which were used for storage of diesel fuel, mineral spirits, fuel oil, and kerosene, were present on the property. Eight USTs were shown on the east side of the property, and six were shown on the west side. STS reviewed documents related to the closure of 11 of the 14 tanks, but did not review information related to the remaining three USTs reportedly used for storage of kerosene.

Case 1:26-cv-00826-BBC        Filed 06/15/26        Page 26 of 68        Document 12-1



Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

### 4.5 Physical Setting

Review of the Department of the Interior, United States Geological Survey (USGS) Publication *Water Resources of Wisconsin, Lake Michigan Basin, Hydrogeologic Investigations, Atlas HA-432*, Sheet 1 of 4, 1973, indicated that the subject property is an area of ground moraine deposits (till consisting of unstratified clay, silt, sand, gravel, and boulders) that overlie undifferentiated bedrock.

Two soil series are mapped at the subject property: Nichols very fine sandy loam (northern portion of subject property) and Shiocton very fine sandy loam. The Nichols series is described as well to moderately well drained, moderately permeable soils on lacustrine basins. Soils are described as gently sloping, with moderate permeability, slow to medium surface runoff, and high available water capacity. The soil is typically characterized by a surface layer of dark brown very fine sandy loam (approximately 8 inches thick) over a layer (approximately 15 inches thick) of pale brown, friable very fine sandy loam over brown, mottled very fine sandy loam, all over very pale brown, mottled, friable very fine sand with silt lenses extending to a depth of 60 inches or more (Soil Survey of Calumet and Manitowoc Counties, Wisconsin, US Department of Agriculture (USDA), Soil Conservation Service (SCS), 1980).

The Shiocton series is described as somewhat poorly drained, moderately permeable soils in drainageways in glacial lake deposits. Soils are described as nearly level and gently sloping, with moderate permeability, slow surface runoff, and high available water capacity. The soil is typically characterized by a surface layer of very dark grayish-brown very fine sandy loam (approximately 9-inches thick) over a layer (approximately 12 inches thick) of yellowish-brown and light reddish-brown, mottled, very friable very fine sandy loam, all over yellowish brown or reddish-brown, mottled, very fine sand extending to a depth of 60 inches or more. (Soil Survey of Calumet and Manitowoc Counties, Wisconsin, USDA, SCS, 1980).

Regional groundwater flow direction is to the east toward Lake Michigan (*Water Resources of Wisconsin, Lake Michigan Basin, Hydrogeologic Investigations, Atlas HA-432*, Sheet 2 of 4, 1973). Existing ditches, underground utilities (such as sanitary/storm sewer piping systems), and other natural and manmade features may influence local groundwater flow direction. Site-specific groundwater flow direction cannot be determined without the installation of monitoring wells.

Case 1:26-cv-00826-BBC     Filed 06/15/26     Page 27 of 68     Document 12-1


Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

A review of the Manitowoc, Wisconsin, USGS 7.5-minute topographic map dated 1973, showed the subject property as being in a relatively flat area with elevation approximately +610 feet above sea level. The subject property is shown to be located south of the Chicago & Northwestern Railroad and approximately 1/2 mile south-southwest of the Manitowoc River, which flows east toward Lake Michigan (located approximately 1 mile east of the subject property).

### 4.6 Subject Property Historical Use Information
Based on STS's review of reasonably ascertainable information, STS was unable to determine the historic use of the subject property prior to 1883. The chronological history of the subject property was developed by STS from a review of Sanborn maps, City Directories, aerial photographs and interviews. Manitowoc City or County directories from the late 1800s to the present were available at the Manitowoc Public Library. Based on the readily available City Directories, industrial development in the vicinity of the subject property was initiated in the mid- to late 1900s. Readily available Sanborn maps, described previously in Section 4.2, indicated that a tannery was located on the subject property from at least 1883 to 1894, and that various aluminum foundry buildings and aluminum product manufacturing buildings have occupied the subject property from at least 1900 to the present.

STS reviewed readily available aerial photographs at the City of Manitowoc Planning Department. Readily available aerial photographs for the city of Manitowoc were dated 1946, 1967, 1973, 1977, 1982, 1986, 1990, 1995, and 2000. A summary of the photographs reviewed and notable information obtained is provided below. In general, the photographs did not assist in clarifying any historical information on the subject property

Case 1:26-cv-00826-BBC    Filed 06/15/26    Page 28 of 68    Document 12-1


Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

## Aerial photographs

| Year | Scale | Subject Property Features |
|---|---|---|
| 1946 | Unknown | The subject property and adjacent properties appeared developed with a mix of industrial and residential uses. The subject property appeared developed similarly to that observed during the site reconnaissance. |
| 1967 | 1:1,200 | No aerial photograph coverage of the subject property was available. |
| 1973 | 1:1,200 | Discernible changes to the subject property are not evident. The adjacent property to the west across 16th Street (MIRRO 16th Street Plant) appeared developed similarly to that observed during the site reconnaissance. |
| 1977 | 1:1,200 | Discernible changes to the subject and adjacent properties are not evident. |
| 1982 | 1:1,200 | Discernible changes to the subject and adjacent properties are not evident. |
| 1986 | 1:1,200 | Discernible changes to the subject and adjacent properties are not evident. |
| 1990 | 1:1,200 | No aerial photograph coverage of the subject property was available. |
| 1995 | 1:1,200 | Discernible changes to the subject and adjacent properties are not evident. |
| 2000 | 1:1,200 | Discernible changes to the subject and adjacent properties are not evident. |

During the site reconnaissance, Mr. Todl and Mr. Hauck indicated that the subject property has been used for manufacturing of aluminum goods since at least the early 1900s, and that manufacturing operations ceased in 1986.

### 4.7 Adjoining Property Historical Use Information

Based on a review of historical sources, adjoining properties consisted of a mix of industrial, commercial, and residential property from at least 1883. Properties immediately adjacent to the north and west consisted largely of industrial property, while the properties immediately adjacent to the east and south largely consisted of residential and commercial property.

Case 1:26-cv-00826-BBC     Filed 06/15/26     Page 29 of 68     Document 12-1

 

Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

## 5.0 INFORMATION FROM SITE RECONNAISSANCE

### 5.1 Methodology and Limiting Conditions

STS observed the subject property to identify current RECs and historical RECs. A photo log of the site reconnaissance is included in Appendix E.

### 5.2 General Site Setting

Site reconnaissance of the subject property was conducted by Mr. Michael L. DeBraske, Project Engineer at STS, on April 23, 2003. Weather conditions at the time of the site reconnaissance were fair with an ambient temperature of approximately 55° Fahrenheit. STS observed the subject property for features usually associated with potential environmental impairment, which include electrical transformers, ASTs, USTs, chemical/waste storage, generation, management practices, and pesticide/herbicide application practices.

### 5.3 Exterior Conditions

The subject property occupies approximately 3.72 acres of land and is situated on an entire city block in Manitowoc, Wisconsin. The property is bordered by Franklin Street to the north, 15th Street to the east, Washington Street to the south, and 16th Street to the west. The property is comprised of approximately 17 buildings of various heights coupled together as one structure. Sidewalks and paved loading dock entrances comprise the remainder of the subject property. Vegetated and other unpaved areas were not observed.

The structure was observed to include a main entrance on Washington Street and additional mandoor entrances and loading dock door entrances off 15th and 16th Street. The exterior walls of the structure were observed to be comprised of a combination of concrete and brick, with portions of the walls including a thin covering of a white paper-like material. According to Mr. Reed and Mr. Todl, the white material was installed over portions of the brick façade to reduce the potential for pedestrian injury due to decaying brick. Mr. Reed indicated that the material contains asbestos.

Observation of the exterior of the structure and ground surfaces did not reveal the presence of staining or other indicators of a former release of petroleum or other hazardous substances.

Case 1:26-cv-00826-BBC     Filed 06/15/26     Page 30 of 68     Document 12-1

 

Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

Observation of the properties adjacent to the subject property did not reveal the presence of visible staining, stressed vegetation, or other indicators of a former release of petroleum or other hazardous substances.

### 5.4 Interior Conditions

STS personnel observed the interior of the structure located on the subject property. STS observations were generally limited to the first floor and basement, since those areas would be the areas most likely to reveal indicators of former releases to the subsurface. The structure was observed to be constructed of steel or reinforced concrete supports and brick walls. Partition walls within the interior were generally constructed of concrete block or brick. The structure was vacated; however, several pieces of manufacturing equipment and associated production-related materials were present at the time of the site reconnaissance. Thirteen elevators, both passenger and freight, were observed inside the structure. The elevators appeared to be hydraulically operated; however, hydraulic oil tanks or reservoirs were not observed during the site reconnaissance.

Flooring and walls inside the structure appeared to be in fair condition; however, sections of the wooden floors particularly in the heavy press area (Building M) were observed to be in poor condition. According to Mr. Todl, the wooden floors are constructed on top of a concrete slab, overlain by several inches of compacted fill, overlain by 2-inch x 12-inch framing, overlain by the hardwood plank surface. Sections of the wooden floors included cracked or missing wooden planks and areas where the underlying compacted fill was exposed. Visible staining of the concrete and wooden floor surfaces was observed throughout the structure, and several areas of exposed fill beneath the wooden floor were observed to be saturated with oil. STS was unable to assess the condition of the concrete slab beneath the wooden floors at the time of the site reconnaissance.

The former locations of hydraulic press pits were observed on the concrete floor throughout the industrial building, particularly within the press room. According to Mr. Todl, the press pits were historically used to contain hydraulic oil originating from production equipment. Mr. Todl indicated that the pits were closed without documentation, by removing residual oil, filling them with sand or other inert material, and capping the surface with concrete.

Case 1:26-cv-00826-BBC    Filed 06/15/26    Page 31 of 68    Document 12-1

 

Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

A cyclone dust separator was observed within the press room (Building M); however, STS was unable to observe the interior of the separator at the time of the site reconnaissance. According to Mr. Todl, the separator was used to collect buffing dust from the aluminum finishing operations. Mr. Todl was unaware of the date of installation of the separator, but indicated that the buffing dust was historically hauled by truck to a landfill for disposal.

Mr. Todl identified the former location of automatic anodizing operations in an approximate 40-foot by 30-foot room at the east end of Building N. The room was observed to contain remnants of an overhead conveyance system and included miscellaneous equipment, which appeared to be unrelated to the former anodizing operations. Visible staining of the concrete floor was observed inside the room, and a section of the floor appeared deformed and in generally poor condition. Subsurface access ports, reportedly used to gain access to piping beneath the concrete floor, were observed at the east end of the room. Observation of the subsurface beneath one of the ports revealed discolored (orange) soil. According to Mr. Todl and Mr. Reed, chemicals used within the automatic anodizing room may have included chromic, phosphoric, sulfuric, nitric, and/or hydrochloric acid.

Mr. Todl indicated that a railroad spur formerly accessed the structure at the west end of Building N, off 16th Street. Mr. Todl indicated the railroad was used to receive and ship raw materials and finished product, but did not recall the spur being used for loading or unloading of petroleum products or other hazardous substances. Mr. Todl indicated that the railroad spur was abandoned in the early 1980s, and that clean fill was used to re-grade the former loading dock area. Observation of the former railroad loading dock area did not reveal evidence of a release of hazardous substances.

Mr. Todl identified the former location of a steam outlet at the south end of Building C, located immediately east of the press room. Mr. Todl indicated that the steam outlet was historically used to steam-clean tools, equipment, and other heavily soiled, hard-to-clean items. Mr. Richard Todl indicated that oils and other hazardous substances likely have impacted the subsurface in this area, because the concrete floor was severely cracked and in generally poor condition at that time.

Case 1:26-cv-00826-BBC     Filed 06/15/26     Page 32 of 68     Document 12-1

 

Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

The concrete surface in the former steam-cleaning area appeared in good condition at the time of the site reconnaissance.

Discolored, unpaved ground surfaces were observed inside Building C. The unpaved surfaces were approximately 4 to 6 inches wide located on either side of the concrete floor slab and appeared to be drainage channels hydraulically linked to floor drains observed at the south end of the building. Mr. Todl indicated that he was unaware of any paved surface beneath the channels, and was unaware of the ultimate discharge points of the drains. Mr. Todl indicated that unwashed rolls of aluminum foil were historically stored in Building C, and that the floors in this building were commonly covered with lubricating oil that dripped off the rolls.

Mr. Todl identified the former location of aluminum etching and washing operations in an approximate 65-foot by 25-foot room located in the southeast portion of Building C. The room was not illuminated at the time of the site reconnaissance; therefore, observation of the room was completed with a flashlight. The limited observation revealed a concrete floor in fair condition. Portions of the floor appeared stained by former activities. Mr. Todl indicated that various acids and caustics, degreasing chemicals, and other cleaners may historically have been used in the room.

Two coal-fired boilers were observed within a room located at the northwest corner of Building V. The boiler room was situated approximately 6 feet below grade and was accessed by stairs located at the northwest corner of the room. The room included two overhead doors on the west side, adjacent to 16th Street. The room included a concrete slab floor, which was observed to be in good condition. Mr. Todl indicated that the boilers were formerly used to supply steam throughout the facility prior to the installation of dual-fired boilers at the facility in the 1960s. Mr. Todl indicated that coal was historically delivered to the facility by truck and was dumped on the floor of the boiler room via the overhead doors. The boiler room was observed to contain miscellaneous parts, wooden crates, and debris at the time of the site reconnaissance.

Two boilers were observed within an approximate 55-foot by 60-foot room located in Building E. The room was situated approximately 10 feet below grade and was accessed by stairs located at the northwest corner. Mr. Todl indicated that the boilers were installed in the 1960s, and were dual-fired by natural gas and fuel oil. Floors within the room were observed to be in good condition, and evidence suggesting a release of fuel oil was not observed. An approximate 15-foot by 30-foot

Case 1:26-cv-00826-BBC    Filed 06/15/26    Page 33 of 68    Document 12-1



Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

room was observed to be connected to the south end of the boiler room. The room was observed to be empty, but included doors in the ceiling, which were accessed from an enclosed alleyway above. Mr. Todl indicated that he is unaware of the doors ever being used, but indicated that they may have been historically used as coal chutes. Mr. Todl indicated that coal-fired boilers may have been located in the boiler room prior to installation of the dual-fired boilers in the 1960s.

Mr. Todl identified the location of four fuel oil USTs within an approximate 100-foot by 15-foot room located at the north end of Building I. Mr. Todl referred to the room as the "alley" and indicated that four 4,406-gallon fuel oil USTs were abandoned in place beneath the concrete surface in 2001. Mr. Todl indicated that the tanks were installed in the 1960s at the time same the dual-fired boilers were installed. Mr. Todl indicated that the tanks were historically filled by tanker trucks, which would drive within the room via overhead doors located off 15th Street. Observation of the room revealed four UST access ports in the floor, but revealed no evidence suggesting a former release of fuel oil or other hazardous substances.

Mr. Todl identified the former location of the heat-treat operations in an approximate 65-foot by 60-foot room at the southeast corner of Building V. The room was observed to contain several open-top process tanks and an electrical control panel. Observation of one of the tanks revealed that the bottom had been removed. Observation of the subsurface exposed beneath the tank revealed no evidence of a release of hazardous substances. Mr. Todl indicated that the heat-treat room was historically used as a small aluminum casting operation, and that the castings were heat-treated by submerging into tanks of coolant oil.

STS observed a basement area located beneath Building D. The basement area was accessed by stairs located at the north end and included a freight elevator located at the south end. The basement was not illuminated at the time of the site reconnaissance; therefore, observation of the area was completed with a flashlight. The limited observation revealed concrete floors and walls in generally fair to good condition. However, visible staining of the floors was observed throughout the area. An approximate 4-foot by 8-foot section of the floor was recessed and was observed to contain debris and staining. Mr. Todl indicated that the basement area was historically used to store finished (cleaned) aluminum coils, and that the recessed floor area formerly contained a scale. Observation of the fright elevator area revealed a concrete elevator shaft partially filled with water. Visible oil sheen was observed on the standing water.

Case 1:26-cv-00826-BBC     Filed 06/15/26     Page 34 of 68     Document 12-1



Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

Mr. Todl indicated that the elevator shaft had issues with standing water for as long as he could recall, but was unaware where the water was originating from.

STS also observed a portion of the sixth floor during the site reconnaissance. Observation of the sixth floor was performed during a review of historical facility drawings located in the former corporate and engineering offices. In addition to office furniture remnants and construction debris, the sixth floor was observed to include two former environmental or quality assurance laboratories. The laboratories were observed to contain small containers (less than 1 gallon) of various acids, bases, and other hazardous chemicals.

### 5.5 Hazardous Substances in Connection with Identified Uses

STS observed the subject property for petroleum products, process chemicals, and other hazardous substances. Several small containers (less than 1 gallon) of oil were observed throughout the first floor, with a majority of those being located in Building O. Small containers (less than 1 gallon) of various acids, bases, and other hazardous chemicals were also observed on the sixth floor, within two former environmental or quality assurance laboratories. Several 250-gallon to 350-gallon totes were also observed on the first floor; however, the totes appeared empty.

Mr. Todl indicated that a majority of the petroleum products and other hazardous substances were removed from the subject property shortly after manufacturing operations ceased in the mid-1980s. Mr. Todl indicated that a majority of the buildings on the subject property formerly contained drums or totes of oil, coolant, acids, caustic, solvent cleaners, or various wastewater treatment chemicals.

Mr. Todl indicated that a heating coil system was installed beneath the concrete outside of the main entrance on Washington Street. The heating coil system reportedly consisted of a series of connected 1-inch diameter cast iron pipes installed a few inches beneath the concrete surface. Mr. Todl indicated that heated ethylene glycol was recycled through the pipes to melt ice on the concrete surface above. Mr. Todl indicated that he was unaware how long the system operated, but stated that when it was shut down, the ethylene glycol was drained from the pipes.

Case 1:26-cv-00826-BBC     Filed 06/15/26     Page 35 of 68     Document 12-1

 

Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

Mr. Todl indicated that the pipes remain installed in this area, and that they likely contain residual ethylene glycol, because the pipes were never cleaned. STS did not observe evidence regarding the former operation of a heating coil system during the site reconnaissance.

## 5.6 Storage Tanks

STS review of available Client records indicated that as many as 14 USTs were formerly present on the subject property. A diagram included in the available Client records identified two diesel tanks at the northwest corner of the property along 16th Street, two mineral spirits tanks and two kerosene tanks on the west side of the property along 16th Street, two mineral spirits tanks and two kerosene tanks along the east side of the property along 15th Street, and four fuel oil tanks under Building I on the east side of the property. Review of additional Client records, and information available at the Manitowoc Fire Department, indicated that the following seven tanks were removed from the subject property in 1988:

- One 1,000-gallon and one 250-gallon diesel UST from the northwest corner of the subject property.

- Two 2,000-gallon mineral spirits USTs from the east side of the subject property.

- One 1,500-gallon and two 250-gallon mineral spirits USTs from the west side of the subject property.

In addition, review of Client records and information available at the MFD indicated that four 4,406-gallon fuel oil USTs were abandoned in-place in 2001 under Building I. STS did not review information concerning the remaining three USTs reportedly used for storage of kerosene at the subject property.

The EDR report identified 14 USTs at the subject property; however, based on STS review of readily available Client and MFD records, three of the 14 USTs (two 10,000-gallon diesel tanks and one 1,000-gallon gasoline tank) identified in the EDR report are USTs that were closed and removed from the Mirro Drive Complex, not 1512 Washington Street.

Mr. Reed indicated that historical company records regarding the number of USTs formerly present at the subject property were inconsistent. Mr. Reed indicated that he is unaware of any remaining USTs at the subject property, with the exception of the four fuel oil USTs that were abandoned in-place.

Case 1:26-cv-00826-BBC     Filed 06/15/26     Page 36 of 68     Document 12-1


STS CONSULTANTS

Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

Mr. Reed stated that a few unidentified USTs may have been removed during the 1988 tank excavation activities, but he could not recall details regarding the excavations. STS review of MFD records revealed no references to additional tanks being removed from the excavations.

During the site reconnaissance, STS observed the subject property for the presence of USTs and ASTs. STS observed the manways related to the four abandoned fuel oil USTs, but did not observe any additional manways, fill ports, or vent pipes that are usually associated with underground tanks. Storage containers observed on the property consisted of empty plastic totes and various small (less than 1 gallon) containers of oil and laboratory chemicals.

### 5.7 Indications of Polychlorinated Biphenyls

STS observed the subject property for the presence of equipment suspected of containing polychlorinated biphenyls (PCBs). PCBs may be found in insulating or dielectric fluids in electrical and hydraulic equipment. STS observed a transformer labeled as containing PCBs in an approximate 10-foot by 20-foot room located at the southwest corner of Building I. Evidence suggesting a release of PCB-containing fluids near the transformer was not observed. Mr. Todl indicated that a second transformer labeled as containing PCBs was located on the second floor. Mr. Reed and Mr. Todl were unaware of the former use of PCB-containing oils within production equipment on the subject property. Fluorescent lighting was observed throughout the industrial building; therefore, the possibility exists that the ballasts may contain PCBs.

### 5.8 Indications of Solid Waste Disposal

STS observed the subject property for solid waste management issues including generation and disposal methods. Evidence of dumping or disposal of solid waste on the subject property was not observed.

### 5.9 Wetlands

Evidence suggesting the presence of wetlands on the subject property was not observed during the site reconnaissance. However, a wetland survey was not conducted as part of this Phase I ESA.

Case 1:26-cv-00826-BBC     Filed 06/15/26     Page 37 of 68     Document 12-1

 

Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

## 6.0 INTERVIEWS

STS interviewed Mr. Todl, Mr. Hauck, and Mr. Reed regarding their knowledge of the subject property. Mr. Todl is a senior plant engineer with MIRRO and has worked at several Manitowoc facilities from the early 1950s to the present. Mr. Hauck is the maintenance manager with MIRRO and has worked the Mirro Drive facility since 2002. Mr. Tom Reed is currently an engineer with Manitowoc Public Utilities, but worked as an environmental engineer with MIRRO from the early 1970s to 2002.

Mr. Todl and Mr. Hauck accompanied STS on the site reconnaissance and provided information regarding known and suspected environmental issues, and historical uses of the subject property. Mr. Reed was interviewed by telephone and during site reconnaissance activities at other MIRRO facilities in Manitowoc and also provided information regarding known and suspected environmental issues, and historical uses of the subject property. Information provided by Mr. Todl, Mr. Hauck, and Mr. Reed was documented previously within this report.

Other interviews conducted as part of this Phase I ESA are documented in Sections 4.3 and 4.4.

Case 1:26-cv-00826-BBC          Filed 06/15/26          Page 38 of 68          Document 12-1

 

Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

## 7.0 FINDINGS AND CONCLUSIONS

STS performed a Phase I ESA in conformance with the scope and limitations of ASTM Practice E 1527-00. Any exceptions to, or deletions from, this practice are described in Section 1.4 of this report. This assessment has revealed no evidence of RECs in connection with the subject property.

STS identified the following RECs concerning the subject property as a result of this Phase I ESA:

- Based on interviews with current and former MIRRO employees, a steam outlet was formerly located on the south end of Building C (Figure 2) and was historically used to steam clean tools, equipment, and other heavily soiled, hard-to-clean items. Mr. Richard Todl indicated that oils and other hazardous substances likely have impacted the subsurface in this area, because the concrete floor was cracked and in generally poor condition at that time. A floor drain was also observed adjacent to this area, but Mr. Todl was unaware of the ultimate discharge point of the drain. However, Mr. Todl indicated that it is likely that the drain was historically linked to a storm sewer that drained to Sherman Creek.

- Discolored, unpaved ground surfaces were observed inside Building C. The unpaved surfaces were approximately 4 to 6 inches wide located on either side of the concrete floor slab and appeared to be drainage channels linked to floor drains observed at the south end of the building. Mr. Todl indicated that he was unaware of any paved surface beneath the channels and was unaware of the ultimate discharge points of the drains. Mr. Todl indicated that rolls of aluminum coil were historically stored in Building C, and that the floors in this building were commonly covered with lubricating oil that dripped off the rolls. The potential exists that petroleum or other hazardous substances may have impacted the subsurface in this area.

- Based on interviews with current and former MIRRO employees, an automatic anodizing room was formerly located on the east end of Building N. Chromic, phosphoric, sulfuric, nitric, and/or hydrochloric acid were used to anodize aluminum products. Floors in the anodizing room were observed to be in poor condition and stained. Two subsurface access ports were observed in the concrete floor at the east end of the room. The ports were reportedly used for maintenance access to piping and appurtenances installed beneath the concrete floor. Observation of the subsurface beneath one of the ports revealed apparently discolored (orange) soil. The potential exists that hazardous substances may have impacted the subsurface beneath the automatic anodizing room.

Case 1:26-cv-00826-BBC     Filed 06/15/26     Page 39 of 68     Document 12-1


- Wooden floors throughout the press room (portions of Buildings K, L, and M) were observed to be stained, and several areas of exposed subsurface were observed to be saturated with oil. According to Mr. Todl, the production floors are constructed of a concrete slab, overlain by several inches of compacted fill, overlain by 2-inch x 12-inch framing, overlain by the hardwood plank floor. STS was unable to assess the condition of the concrete in the areas observed to be saturated with oil. It is likely that the compacted fill in these areas is impacted by petroleum products or other hazardous substances. The potential also exists that petroleum products or other hazardous substances may have impacted the subsurface beneath the concrete slab in these areas.

- Review of Sanborn maps indicates that a tannery was formerly located on the subject property at the corner of Franklin Street and 15th Street. Buildings identified as the Henry Vits Tannery were observed on the readily available Sanborn maps from 1883, 1887, and 1894. One of the buildings was identified as "Leach Vats" and may have been associated with the use of hazardous substances to prepare animal hides. The potential exists that hazardous substances related to the former tannery operations may have impacted the subsurface of the subject property.

- Based on interviews with current and former MIRRO employees, a former ethylene glycol heating coil system remains installed underneath the concrete walkway adjacent to the main entrance off Washington Street. The heating coil system was reportedly used to melt ice on the concrete entrance and consisted of a series of 1-inch diameter cast iron pipes filled with ethylene glycol, all connected to an interior AST, heat exchanger, and recycling pump. Current and former MIRRO employees familiar with the system indicate that the pipes likely contain residual ethylene glycol. Considering the age of the cast iron pipes and the potential for residual ethylene glycol, the potential exists that hazardous substances have impacted the subsurface of the subject property.

- Thirteen hydraulically operated elevators are present within the industrial structure on the subject property. Observation of one of the elevator shafts during the site reconnaissance revealed standing water and possible oil sheen. Due to the age of the elevators, shafts, and hydraulic appurtenances, the potential exists that petroleum products or other hazardous substances have impacted the subsurface adjacent to the elevators.

- Concrete press pits were observed within the industrial structure and were formerly used to collect hydraulic oil that originated/leaked from hydraulically operated manufacturing equipment. The press pits were reportedly closed without documentation by removing residual oil, filling them with sand or other inert material, and capping the surface with concrete. Based on the historical use of the press pits, and reports from current and former MIRRO employees regarding probable leaks from comparable pits at other MIRRO facilities, the potential exists that petroleum products or other hazardous substances may have impacted the subsurface in these areas.

Case 1:26-cv-00826-BBC     Filed 06/15/26     Page 40 of 68     Document 12-1

 

Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

STS identified the following historical RECs concerning the subject property as a result of this Phase I ESA:

- Review of readily available MIRRO files, the EDR report, and WDNR databases indicates that seven USTs were closed and removed from the subject property in 1988. Three mineral spirits or kerosene tanks were removed from the west side (Excavation 1), two diesel tanks were removed from the northwest corner (Excavation 2), and two mineral spirits tanks were removed from the east side (Excavation 3). Releases of hazardous substances were reported to the WDNR as a result of the tank removal activities in Excavation 2 and 3. One LUST case (WDNR Activity No. 03-36-000085) was opened by the WDNR to address the impacts related to the USTs in Excavation No. 3, and one ERP case (WDNR Activity No. 02-36-216391) was opened by the WDNR to address the impacts related to the USTs in Excavation No. 2. Two separate soil vapor extraction systems were installed and operated between 1992 and 1996 to remediate impacted soil and groundwater in these areas. The WDNR granted closure of the LUST case in 1999, and the ERP case in 2000. Both closures included NR 140 PAL exemptions for groundwater contaminated with chlorinated solvents. At the time of closure, groundwater concentrations of cis-1,2-dichloroethene on the east side of the subject property and trichloroethylene on the west side of the subject property exceeded the NR 140 PALs.

- Review of readily available MIRRO files, the EDR report, and WDNR databases indicates that four 4,406-gallon fuel oil USTs were closed and abandoned in place on the east side of the subject property in June 2001. As a result of UST assessment activities, the WDNR was notified of a release of hazardous substances. The WDNR opened a LUST case (Activity No. 03-36-274209) to address the impacts in this area, but later transferred the case to Commerce (Commerce Case No. 54220-5046-12). Mr. Robert H. Klauk (Department of Commerce) indicated that the USTs were abandoned in place, because of concerns that tank removal would jeopardize the integrity of adjacent buildings. Mr. Klauk indicated that two soil samples collected from the area exceeded the DRO NR 720 residual contaminant level of 250 mg/kg. Mr. Klauk indicated that Commerce granted conditional closure of the case in December 2001, and that final case closure required a deed notification be filed with the Register of Deeds to address the residual soil impacts. According to Mr. Klauk, the deed notification has not been filed to date; therefore, the case has not attained final closure status.

Although not identified as RECs as part of this Phase I ESA, the following environmental issues were identified on the subject property.

- Several small containers (less than 1 gallon) of oil and other hazardous substances were observed on the subject property on the first and sixth floors. STS recommends that these containers be removed from the subject property to limit the potential for discharge of hazardous substances while the facility is unoccupied.

Case 1:26-cv-00826-BBC     Filed 06/15/26     Page 41 of 68     Document 12-1


STS CONSULTANTS

Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA
June 20, 2003

## 8.0 AFFIRMATION

The undersigned hereby affirm that:

The reported analyses, opinions, and conclusions are personal, unbiased, professional, and limited only by the assumptions and qualifications stated herein. Compensation is not contingent upon an action or an event resulting from the analyses, opinions, or conclusions in, or the use of, this report.

This Phase I ESA has been performed in general accordance with applicable legal requirements and in accordance with accepted practices prevailing in the environmental industries. The personnel who performed the assessment are properly licensed and certified in accordance with the requirements of federal, state, and local laws, rules, and regulations.

We have no present or prospective interest in the subject property or the parties involved.

Respectfully,

STS CONSULTANTS, LTD.

Michael L. DeBraske, P.E.
Project Engineer

Roger A. Miller, P.G., CHMM
Associate Hydrogeologist

Case 1:26-cv-00826-BBC     Filed 06/15/26     Page 42 of 68     Document 12-1



Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA

## **Appendix A**

References


THE INFRASTRUCTURE IMPERATIVE

## REFERENCES

American Society for Testing and Materials (ASTM), *Standard Practice for Environmental Assessments: Phase I Environmental Site Assessment Process*, ASTM E 1527-00, 100 Barr Harbor Drive, Conshohocken, Pennsylvania, July 2000.

City of Manitowoc Planning and Engineering Departments, Aerial Photographs 1946, 1967, 1973, 1977, 1982,1986, 1990, 1995, and 2000.

Environmental Data Resources, Inc., *EDR Radius Map with GeoCheck, Mirro Corporation, 2702 Division Street, Manitowoc, Wisconsin, Inquiry Number: 00966123.3r*, April 25, 2003, 3530 Post Road, Southport, Connecticut.

Hauck, Chuck, MIRRO Maintenance Manager, Personal Communication, April and May 2003.

*Johnson's Manitowoc City Directory*, Johnson Publishing Company, Manitowoc, Wisconsin, 1947 to 1987.

Klauk, Robert H., Wisconsin Department of Commerce, Personal Communication, May 2003.

Krowiorz, Jim, City of Manitowoc Fire Department, Personal Communication, April 24, 2003.

Mueller, Lisa, City of Manitowoc Building Inspection Department, Personal Communication, April 28, 2003.

Reed, Tom, Former MIRRO Environmental Engineer, Personal Communication, April 2003.

*Schmidt's Directory of the City and County of Manitowoc*, Schmidt & Zorn Publishers, Manitowoc, Wisconsin, 1899 to 1910.

Schultz, Tom, Director of Environmental Affairs, Newell Rubbermaid, Inc., Personal Communication, April and May 2003.

Todl, Richard, MIRRO Senior Plant Engineer, Personal Communication, April and May 2003.

United States Department of Agriculture, Soil Conservation/University of Wisconsin, *Soil Survey of Calumet and Manitowoc Counties, Wisconsin*, 1980.

United States Department of the Interior, United States Geological Survey, *Water Resources of Wisconsin, Lake Michigan Basin, Hydrologic Investigations Atlas HA-432*, 1973.

United States Geological Survey, 7.5-Minute Series Topographic Map, Manitowoc, Wisconsin, 1973.

White, Sandi, City of Manitowoc Assessor's Office, Personal Communication, April 28, 2003.

*Wright's Manitowoc City Directory*, Wright, A.G., Milwaukee, Wisconsin, 1897 to 1898.

*Wright's Manitowoc City and County Directory*, Wright Directory Company, Milwaukee, Wisconsin, 1920 to 1945.

*Zorn's Directory of the City and County of Manitowoc*, Gennrich & Zorn Publishers, Manitowoc, Wisconsin, 1911 to 1916.



The Sanborn Library, LLC

This Sanborn® Map is a certified copy produced by Environmental Data Resources, Inc. under arrangement with The Sanborn Library, LLC. Information on this Sanborn® Map is derived from Sanborn field surveys conducted in:

Copyright © 1883 — The Sanborn Library, LLC — MJP
Year — EDR Research Associates

Reproduction in whole or in part of any map of The Sanborn Library, LLC may be prohibited without prior written permission from The Sanborn Library, LLC.



**The Sanborn Library, LLC**

This Sanborn® Map is a certified copy produced by Environmental Data Resources, Inc. under arrangement with The Sanborn Library, LLC. Information on this Sanborn® Map is derived from Sanborn field surveys conducted in:

Copyright © 1887 The Sanborn Library, LLC    MJP
Year                                          EDR Research Associate

Reproduction in whole or in part of any map of The Sanborn Library, LLC may be prohibited without prior written permission from The Sanborn Library, LLC.



## The Sanborn Library, LLC

This Sanborn® Map is a certified copy produced by Environmental Data Resources, Inc. under arrangement with The Sanborn Library, LLC. Information on this Sanborn® Map is derived from Sanborn field surveys conducted in:

Copyright © 1894 — The Sanborn Library, LLC — MJP

Reproduction in whole or in part of any map of The Sanborn Library, LLC may be prohibited without prior written permission from The Sanborn Library, LLC.



The Sanborn Library, LLC

This Sanborn® Map is a certified copy produced by
Environmental Data Resources, Inc. under arrangement with
The Sanborn Library, LLC. Information on this Sanborn® Map
is derived from Sanborn field surveys conducted in:

Copyright ©    1900    The Sanborn Library, LLC          MJP
              Year                                    EDR Research Associate

Reproduction in whole or in part of any map of The Sanborn Library, LLC may be prohibited without prior
written permission from The Sanborn Library, LLC.



The Sanborn Library, LLC

This Sanborn® Map is a certified copy produced by Environmental Data Resources, Inc. under arrangement with The Sanborn Library, LLC. Information on this Sanborn® Map is derived from Sanborn field surveys conducted in:

Copyright © 1900  The Sanborn Library, LLC    MUP
         Year                        EDR Research Associate

Reproduction in whole or in part of any map of The Sanborn Library, LLC may be prohibited without prior written permission from The Sanborn Library, LLC.



The Sanborn Library, LLC

This Sanborn® Map is a certified copy produced by Environmental Data Resources, Inc. under arrangement with The Sanborn Library, LLC. Information on this Sanborn® Map is derived from Sanborn field surveys conducted inc.

Copyright © 1906 The Sanborn Library, LLC

Reproduction in whole or in part of any map of The Sanborn Library, LLC may be prohibited without prior written permission from The Sanborn Library, LLC.





The Sanborn Library, LLC

This Sanborn® Map is a certified copy produced by
Environmental Data Resources, Inc. under arrangement with
The Sanborn Library, LLC. Information on this Sanborn® Map
is derived from Sanborn field surveys conducted in:

Copyright © 1912 The Sanborn Library, LLC      MJP
         Year                                  EDR Research Associate

Reproduction in whole or in part of any map of The Sanborn Library, LLC may be prohibited without prior
written permission from The Sanborn Library, LLC.



The Sanborn Library, LLC

This Sanborn® Map is a certified copy produced by Environmental Data Resources, Inc. under arrangement with The Sanborn Library, LLC. Information on this Sanborn® Map is derived from Sanborn field surveys conducted in:

Copyright © 1912 The Sanborn Library, LLC MJP
Year EDR Research Associate

Reproduction in whole or in part of any map of The Sanborn Library, LLC may be prohibited without prior written permission from The Sanborn Library, LLC.





WIS CONSIN ALUMINUM FOUNDRY Co.

CLARK 10

FRANKLIN

WASHINGTON 18

The Sanborn Library, LLC

This Sanborn® Map is a certified copy produced by
Environmental Data Resources, Inc. under arrangement with
The Sanborn Library, LLC. Information on this Sanborn® Map
is derived from Sanborn field surveys conducted in:

Copyright ©   1919   The Sanborn Library, LLC        MJP
                Year                                 EDR Research Associate

Reproduction in whole or in part of any map of The Sanborn Library, LLC may be prohibited without prior
written permission from The Sanborn Library, LLC.



The Sanborn Library, LLC

This Sanborn® Map is a certified copy produced by
Environmental Data Resources, Inc. under arrangement with
The Sanborn Library, LLC. Information on this Sanborn® Map
is derived from Sanborn field surveys conducted in:

Copyright ©   1927   The Sanborn Library, LLC         MJP
              Year                                    EDR Research Associates

Reproduction in whole or in part of any map of The Sanborn Library, LLC may be prohibited without prior
written permission from The Sanborn Library, LLC.



The Sanborn Library, LLC

This Sanborn® Map is a certified copy produced by
Environmental Data Resources, Inc. under arrangement with
The Sanborn Library, LLC. Information on this Sanborn® Map
is derived from Sanborn field surveys conducted in:

Copyright © 1948 The Sanborn Library, LLC SPM
Year EDR Research Associate

Reproduction in whole or in part of any map of The Sanborn Library, LLC may be prohibited without prior
written permission from The Sanborn Library, LLC.



The Sanborn Library, LLC

This Sanborn® Map is a certified copy produced by
Environmental Data Resources, Inc. under arrangement with
The Sanborn Library, LLC. Information on this Sanborn® Map
is derived from Sanborn field surveys conducted in:

Copyright ©    1956    The Sanborn Library, LLC    MJP
       Year                              EDR Research Associate

Reproduction in whole or in part of any map of The Sanborn Library, LLC may be prohibited without prior
written permission from The Sanborn Library, LLC.



The Sanborn Library, LLC

This Sanborn® Map is a certified copy produced by
Environmental Data Resources, Inc. under arrangement with
The Sanborn Library, LLC. Information on this Sanborn® Map
is derived from Sanborn field surveys conducted inc

Copyright ©    1964        The Sanborn Library, LLC              MJP
                 Year                                      EDR Research Associate

Reproduction in whole or in part of any map of The Sanborn Library, LLC may be prohibited without prior
written permission from The Sanborn Library, LLC.



The Sanborn Library, LLC

This Sanborn® Map is a certified copy produced by
Environmental Data Resources, Inc. under arrangement with
The Sanborn Library, LLC. Information on this Sanborn® Map
is derived from Sanborn field surveys conducted in:

Copyright ©  1968  The Sanborn Library, LLC  MJP
              Year                              EDR Research Associate

Reproduction in whole or in part of any map of The Sanborn Library, LLC may be prohibited without prior
written permission from The Sanborn Library, LLC.



Newell Rubbermaid, Inc.
MIRRO Plant 9 (1512 Washington Street)
STS Project No. 4-28130EA

## Appendix E

Photo Log


THE INFRASTRUCTURE IMPERATIVE



Looking north-northeast along the west side (northern section of industrial structure) of the subject property. White façade observed on the exterior reportedly contains asbestos.



Looking south-southeast along the west side (southern section of industrial structure) of the subject property.

1

Case 1:26-cv-00826-BBC    Filed 06/15/26    Page 62 of 68    Document 12-1



Looking west along the south side of the subject property.



Looking east along the south side of the subject property.

Z428130EA-PHOTO_LOG_Plant_9.doc

Case 1:26-cv-00826-BBC    Filed 06/15/26    Page 63 of 68    Document 12-1



Typical wooden floors and oil staining observed throughout the industrial structure.



Former automatic anodizing room observed at the east end of Building N.

Z428130EA-PHOTO_LOG_Plant_9.doc

Case 1:26-cv-00826-BBC    Filed 06/15/26    Page 64 of 68    Document 12-1



Close-up of floors observed within the former automatic anodizing room.



Discolored (orange) subsurface observed within a floor access port observed in the automatic anodizing room.

4

Case 1:26-cv-00826-BBC    Filed 06/15/26    Page 65 of 68    Document 12-1



Former steam outlet/steam cleaning area observed in Building C.



Floors and unpaved drainage channels observed within Building C.

Z428130EA-PHOTO_LOG_Plant_9.doc



Looking east within covered alley (portion of Building I). Two manways associated with the four fuel oil USTs abandoned-in-place visible in photograph.



Hydraulic elevator shaft observed within the basement area of Building D. Shaft was observed to include standing water and possible oil sheen.

6

Case 1:26-cv-00826-BBC    Filed 06/15/26    Page 67 of 68    Document 12-1