# Exhibit 2

**STS**
1035 Kepler Drive, Green Bay, Wisconsin 54311
T 920.468.1978  F 920.468.3312

# Memorandum

| | |
|---|---|
| Date: | September 2, 2008 |
| To: | Ms. Annette Weissbach, WDNR |
| CC: | Mr. David Less, City of Manitowoc<br>Mr. Eric Spirtas |
| From: | Andrew Mott, STS |
| | Paul J. Killian, P.E., STS |
| Subject: | Site Reconnaissance –Former Mirro Property – Manitowoc, Wisconsin |
| | STS Project No. 200803466 |

On Tuesday, August 19, 2008, STS completed the site reconnaissance for the Phase I Environmental Site Assessment (Phase I ESA) of the former Mirro Plant No.9 located at 1512 Washington Street, Manitowoc, Wisconsin. STS is currently moving forward with completion of the Phase I ESA, however, STS did observe several conditions that, in our opinion, require immediate attention and directly impact completion of services outlined in our proposal dated May1, 2008. Conditions include the following:

1. Located on the first floor of the building are several piles of building debris ranging from ceiling tiles, desks, chairs, insulation, to miscellanies metal parts. Some of the debris likely contain asbestos containing materials (ACM). Possible disturbed ACM was observed in the Coal Boiler Room, Main Boiler Room, Compressor/Electrical Room, and 7th Floor Office Space areas.

2. Several 55-gallon drums of apparent PCB containing transformer fluid.

3. Miscellaneous containers of RV and Marine antifreeze were encountered throughout the building.

4. Twenty to thirty containers with unknown fluids.

It is our understanding the funding from the current SAG is to be allocated for the Phase I ESA, Phase II ESA, and a NR 716 Site Investigation. STS will complete the Phase I ESA with the current funding. However, based on observations made during the August 2008 walkover, Item 1 above (ACM debris) should be mitigated before any additional ESA activities are performed within the building. In our opinion, this represents a hazardous condition to STS employees and other people which may enter the premises.

Case 1:26-cv-00826-BBC    Filed 06/15/26    Page 2 of 3    Document 12-2

**STS**
1035 Kepler Drive, Green Bay, Wisconsin 54311
T 920.468.1978  F 920.468.3312

# Memorandum

To address this condition, STS recommends reallocation of the SAG funding from the Phase II and NR 716 Site Investigation to complete high risk asbestos abatement and container removal. This would consist of removing the ACM and containerized material that is considered an immediate risk to human health. It is our understanding that costs for asbestos assessment and abatement are only eligible if associated with demolition or if necessary to facilitate environmental assessment. These conditions clearly impede any further site assessment and subsurface exploration activity and should be grant eligible. By copy of this memo, we are requesting concurrence from the WDNR on this conclusion.

We also recommend completing a Round 10 Site Assessment Grant (SAG) application to address any Phase II ESA and NR 716 Site Investigation costs which could not be funded by the current grant due to the proposed reallocation. Funding for a comprehensive asbestos assessment, hazardous materials inventory and related abatement should also be included within the application. The Round 10 SAG applications are currently available and are due November 3, 2008, and award of the SAG would be in Spring 2009.

A site specific EPA Hazardous Assessment Grant should also be considered. The EPA Assessment Grant will provide funding to: characterize the site, assess the site (pre-demolition hazardous materials assessment), conduct cleanup and redevelopment planning (remedial action plan), and community involvement. A draft application for the EPA grant is currently available and would be due in winter of 2008. If awarded the EPA Grant funding would be available in about October 2009.

In summary, STS recommends the following course of action:

1. Request a reallocation of SAG funding from Phase II ESA and NR 716 Site Investigation for abandon container removal and asbestos abatement of high risk ACM.

2. Perform an inventory of abandoned containers and retain a contractor to remove the materials.

3. Complete asbestos abatement of the high risk ACM.

4. Complete a Round 10 SAG for a Phase II ESA, NR 716 Site Investigation, asbestos assessment and abatement.

5. Complete a 2009-2011 EPA Site Assessment Grant application

STS would be pleased to assist implementing this course action. Please contact us with any questions.

Case 1:26-cv-00826-BBC    Filed 06/15/26    Page 3 of 3    Document 12-2