# Exhibit 3





**WISCONSIN DEPT. OF NATURAL RESOURCES**

### State of Wisconsin \ DEPARTMENT OF NATURAL RESOURCES

Jim Doyle, Governor
Matthew J. Frank, Secretary
Ronald W. Kazmierczak, Regional Director

**Northeast Region Headquarters**
2984 Shawano Ave.
Green Bay, Wisconsin 54313-6727
Telephone 920-662-5100
FAX 920-662-5413
TTY Access via relay - 711

April 23, 2010

CERTIFIED MAIL

Eric J. Spirtas
EJ Spirtas Group LLC
11469 Olive Boulevard
CREVE COEUR MO 63141

Also sent via Email to: ericspirtas@ejspirtasgroup.com

Subject:    Additional Reported Contamination at Mirro-Spirtas, 1512 Washington Street,
City of Manitowoc, Wisconsin
WDNR BRRTS Activity # 02-36-545108

Dear Mr. Spirtas:

Over the last several years, the City of Manitowoc has provided a lot of assistance to you in finding alternative funding sources to help assess the environmental conditions at your property. The Wisconsin Department of Natural Resources (the "Department") is now following up and making you aware of your responsibilities as the property owner to adhere to Wisconsin Statutes as they relate to hazardous substances releases to the environment.

This letter describes the legal responsibilities of a person who is responsible under section 292.11, Wisconsin Statutes and explains what you need to do to continue to investigate and clean up the contamination, and provides you with information about cleanups, environmental consultants, possible financial assistance, and working cooperatively with the Department.

**Background:**

Kenneth J. Lemberger Sr., the previous owner of your property (aka Mirro Building, LLC), received what the Department calls a "responsible party" letter on March 21, 2006 (see Attachment 1). At the time, the Department opened the BRRTS # activity case identified above, due to the presence of toluene in the soil in a paved drainage channel in Building C. This sample was collected in February 2005 by Mr. Lemberger's consultant Mike Dovichi of Earth Science and Technology. The 2005 sampling also revealed PCB oil in a sump in Building D, and high concentrations of aluminum in soil in the anodizing room in Building N.

On June 20, 2006, you, a member of E.J. Spirtas Manitowoc, LLC, purchased Block 246, 1512 Washington Street, from Mirro Building, LLC, therefore the Department considers you the responsible party for the environmental releases at the property.

The City of Manitowoc applied for and received a Wisconsin Department of Natural Resources Site Assessment Grant ("SAG") in March 2008 to conduct Phase I and Phase II actions at your property.



Printed on
Recycled
Paper

You contributed the required match of 20%. The Phase I was completed in January 2009, the Phase II was completed in June 2009. PCB fluids in drums were removed in October 2009. The SAG was closed out in March 2010.

In May 2009, the City of Manitowoc also requested that EPA conduct a Targeted Brownfield Assessment ("TBA") to assess the interior hazardous components of your property to assist you in determining appropriate costs and methods of demolition of the buildings on the property. The TBA was completed by December 2009, by STN Environmental.

The attached table from pages 3-2 and 3-3 (see Attachment 2) of the Phase II report prepared by AECOM and submitted to the Department in June 2009 reported the following additional releases at your property: VOCs, PAHs, PCBs, and selenium in groundwater and soil.

Based on the information that has been submitted to the WDNR regarding this site, we believe you are responsible for investigating and restoring the environment at the above-described site under Section 292.11, Wisconsin Statutes, known as the hazardous substances spills law.

## Legal Responsibilities:

Your legal responsibilities are defined both in statute and in administrative codes. The hazardous substances spill law, Section 292.11 (3) Wisconsin Statutes, states:

- RESPONSIBILITY. A person who possesses or controls a hazardous substance which is discharged or who causes the discharge of a hazardous substance shall take the actions necessary to restore the environment to the extent practicable and minimize the harmful effects from the discharge to the air, lands, or waters of the state.

Wisconsin Administrative Code chapters NR 700 through NR 749 establish requirements for emergency and interim actions, public information, site investigations, design and operation of remedial action systems, and case closure. Wisconsin Administrative Code chapter NR 140 establishes groundwater standards for contaminants that reach groundwater.

## Steps to Take:

The longer contamination is left in the environment, the farther it can spread and the more it may cost to clean up. Quick action may lessen damage to your property and neighboring properties and reduce your costs in investigating and cleaning up the contamination. To ensure that your cleanup complies with Wisconsin's laws and administrative codes, you should hire a professional environmental consultant who understands what needs to be done. These are the first steps to take:

1. Within the next **30 days,** by May 21, 2010, you should submit written verification (such as a letter from the consultant) that you have hired an environmental consultant. If you do not take action within this time frame, the WDNR may initiate enforcement action against you.

2. Within the next **60 days,** by June 25, 2010, your consultant should submit a work plan and schedule for the investigation. The consultant must comply with the requirements in the NR 700 Wis. Adm. Code rule series and should adhere to current WDNR technical guidance documents.

In addition, within 30 days of completion of the site investigation, your consultant should submit a site investigation report to the Department.

Sites where discharges to the environment have been reported are entered into the Bureau for Remediation and Redevelopment Tracking System ("BRRTS"), a version of which appears on the WDNR's internet site. You may view the information related to your site at any time (http://botw.dnr.state.wi.us/botw/Welcome.do) and use the feedback system to alert us to any errors in the data.

If you want a formal written response from the department on a specific submittal, please be aware that a review fee is required in accordance with ch. NR 749, Wis. Adm. Code. If a fee is not submitted with your reports, you should proceed under the advice of your consultant to complete the site investigation and cleanup to maintain your compliance with the spills law and chapters NR 700 through NR 749. We have provided detailed technical guidance to environmental consultants. Your consultant is expected to know our technical procedures and administrative rules and should be able to answer your questions on meeting cleanup requirements.

All correspondence regarding this site should be sent to:

> Annette Weissbach
> Remediation and Redevelopment Program
> Wisconsin Department of Natural Resources
> 2984 Shawano Avenue
> Green Bay WI  54313-6727
> Annette.weissbach@wi.gov

Unless otherwise requested, please send only one copy of plans and reports. In addition to the paper copy, an electronic copy may also be submitted. To speed processing, correspondence should reference the BRRTS numbers shown at the top of this letter.

We encourage you to visit our website at http://dnr.wi.gov/org/aw/rr, where you can find information on selecting a consultant, financial assistance and understanding the cleanup process. You will also find information there about liability clarification letters, post-cleanup liability and more.

If you have questions, please feel free to contact me at 920-662-5165. Thank you for your cooperation.

Sincerely,

Annette Weissbach
Northeast Region Land Recycling Coordinator
Remediation & Redevelopment Program

Enclosures:    Attachment I: RP letter to Kenneth Lemberger
                       Attachment 2: Summary Table of Phase II Sampling Results

cc:      David Less, City Planner, City of Manitowoc, 900 Quay Street, Manitowoc WI  54220-4543



SOIL BORING LOCATION DIAGRAM
PHASE II ESA
MIRRO PLANT 9 (1512 WASHINGTON STREET)
MANITOWOC, WISCONSIN

AECOM

558 North Main Street
Oshkosh, Wisconsin
920.235.0270
www.sts.aecom.com
Copyright © 2007, By: STS

LEGEND

GP-1 ● APPROXIMATE AECOM SOIL BORING LOCATION
GP-12 ■ APPROXIMATE AECOM TEMPORARY WELL LOCATION
MW-1 APPROXIMATE CLOSED LUST SITE MONITOIRNG WELL LOCATION
RW-1 APPROXIMATE CLOSED LUST SITE RECOVERY WELL LOCATION

1. BASEMAP DERIVED FROM FACILITY DRAWING PROVIDED BY MIRRO CORPORATION

SCALE IN FEET
50'    0    50'

Drawn : REO 4/6/2009
Checked : AGM 4/6/2009
Approved :
PROJECT NUMBER 200803466
FIGURE NUMBER 2

Case 1:26-cv-00826-BBC     Filed 06/15/26     Page 5 of 7     Document 12-3

| Sampling Location | Soil and Groundwater Results |
|---|---|
| GP-1 - Ethylene Glycol Heating Coil System | **Soil** – Chloromethane [43 micrograms per kilogram (µg/kg)] was detected above its calculated generic WAC NR 720 Groundwater Pathway RCL. Ethylene glycol was not detected. |
| GP-2 - Former Tannery Location | **Soil** - Benzene was detected above its WAC NR 720 Groundwater Pathway RCL at 51µg/kg. <br> **Groundwater** - Chlorinated compound TCE was detected above its WAC NR 140 ES at 6.9 micrograms per liter (µg/L).and cis-1,2-DCE (16.2 µg/L) was detected between the WAC NR 140 PAL and ES. |
| GP-3 - Former Steam Cleaning Area and Aluminum Etching Room | **Soil** - The compounds detected were at concentrations below State of Wisconsin regulatory limits. <br> **Groundwater** - Groundwater samples collected from the temporary well did not have concentrations of compounds that exceeded State of Wisconsin groundwater standards. |
| GP-4 - Discolored Soils in Drainage Channels | **Soil** - Selenium [1.4 milligrams per kilogram (mg/kg)] and chloromethane were detected above their calculated generic WAC NR 720 Groundwater Pathway RCL. Benzo(b)fluoranthene (95 µg/kg) was detected in the soil sample above the WAC NR 746 Suggested Non-industrial Direct Contact RCL. Naphthalene was detected above its WAC NR 746 Table 1 for free product at a concentration of 14,200 µg/kg. <br> **Groundwater** - Benzo(b)fluoranthene (23.5 µg/L) and chrysene (187 µg/L) were detected above their respective NR 140 ES. Several additional PAHs (fluoranthene, fluorine, and pyrene) were detected between the NR 140 PAL and ES. |
| GP-5 - Automatic Anodizing Room | **Soil** - Selenium (8.4 mg/kg) was detected above its WAC NR 720 Groundwater Pathway RCL in GP-5. TCE (5,100 µg/kg) was detected above its WAC calculated generic NR 720 Groundwater Pathway RCL. <br> **Groundwater** - Compounds detected were below NR 140 PALs. |
| GP-6 - Room to the North of the Automatic Anodizing Room | **Soil** - TCE was detected above its WAC calculated generic NR 720 Groundwater Pathway RCL at a concentration of 40 µg/kg. |
| GP-7 - Air Compressor Pits | Soil boring advanced adjacent to former air compressor press pits to a depth of 2 feet but was discontinued due to concrete refusal. |
| GP-8 - Transformer Fluids | **Soil** - PCB, Aroclor 1260, which is found in transformer fluid, was detected above the EPA regulatory limit of 50 mg/kg. |
| GP-9 - Building C Sump (Basement Area) | **Soil** - Chloromethane (57 µg/kg) was detected above its WAC calculated generic NR 720 Groundwater Pathway RCL. PCB, Aroclor 1260 was detected at a concentration of 0.017 mg/kg. |

Case 1:26-cv-00826-BBC    Filed 06/15/26    Page 6 of 7    Document 12-3

| Sampling Location | Soil and Groundwater Results |
|---|---|
| GP-10 - Building M, Heavy Press Room | **Soil** - Chloromethane (53 µg/kg), TCE (20.4 µg/kg), and PCE (27.8 µg/kg) were detected above their WAC calculated generic NR 720 Groundwater Pathway RCLs. Several PAH compounds (benzo(a)anthracene, dibenzo(a,h)anthracene, benzo(b) fluoranthene, and indeno(1,2,3-cd)pyrene) were detected above their WAC NR 746 Suggested Non-industrial Direct Contact RCLs. Benzo(a)pyrene (390 µg/kg) was detected above its WAC NR 746 Suggested Industrial Direct Contact RCL. |
| GP-11 - Building M, Heavy Press Room | **Soil** - Benzene (27.3 µg/kg), chloromethane (72 µg/kg), naphthalene (640 µg/kg), TCE (1,260 µg/kg), and PCE (340 µg/kg) were detected above their WAC calculated generic NR 720 Groundwater Pathway RCLs. Several PAH compounds (benzo(a)anthracene, benzo(a)pyrene, dibenzo(a,h)anthracene, and benzo(b)fluoranthene) were detected above their WAC NR 746 Suggested Non-industrial Direct Contact RCLs. |
| GP-12 - Adjacent to the Heat Treat Room | **Soil** - VOC and PAH compounds were not detected above the laboratories lower LOD. The soil boring was converted into a temporary monitoring well and sampled for VOCs and PAHs. **Groundwater** - Benzene detected between its WAC NR 140 PAL and ES at a concentration of 2.26 µg/L. |

Results of chemical analysis performed on the soil and groundwater samples are further summarized on Tables 1 and 2, respectively. The Synergy laboratory analytical report and Chain of Custody forms are provided in Appendix B.

Case 1:26-cv-00826-BBC     Filed 06/15/26     Page 7 of 7     Document 12-3