# Exhibit 4



**RECEIVED**

APR 0 8 2011

WI DNR - GREEN BAY

## UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
### REGION 5
### 77 W. JACKSON BLVD
### CHICAGO, IL 60604
### APR 06 2011

EPA Region 5 Records Ctr.



388780

## MEMORANDUM

**SUBJECT:**  Request for Approval and Funding for a Time-Critical Removal Action at the Mirro Spirtas Site, Manitowoc, Manitowoc County, Wisconsin (Site ID #B5ZW).

**FROM:**  Kathy C. Halbur, OSC
Emergency Response Section 1

**THRU:**  Jason H. El-Zein, Chief
Emergency Response Branch I

**TO:**  Douglas Ballotti, Acting Director
Superfund Division

## I.    PURPOSE

The purpose of this Action Memorandum is to request and document your approval to expend up to $129,600 to conduct a time-critical removal action at the Mirro Spirtas Site located in Manitowoc, Manitowoc County, WI. The proposed time-critical removal action herein will mitigate the threats posed by Polychlorinated Biphynol (PCB) waste and flammable materials at the Site by characterizing, removing, and disposing of the waste at an approved off-site facility. There are no nationally significant or precedent setting issues associated with the proposed response at this non-NPL Site.

The Action Memorandum would serve as approval for expenditures by EPA, as the lead technical agency, to take actions described herein to abate the imminent and substantial endangerment posed by hazardous substances at the Site. The proposed removal of hazardous substances would be taken pursuant to Section 104(a)(1) of the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA), 42 USC § 9604(a)(1), and Section 300.415 of the National Oil and Hazardous Substances Pollution Contingency Plan (NCP), 40 CFR § 300.415.

There are no nationally significant or precedent setting issues associated with the proposed response at this non-NPL Site. A time-critical removal action is necessary at this Site because of the direct contact risk and the threat of release to air, soils, and

surface water posed by the PCB and flammable waste at the facility. The response action described in this Action Memo will require an estimated 10 working days to complete.

## II.    SITE CONDITIONS AND BACKGROUND

CERCLIS ID: pending
RCRA ID: pending
State ID: 02-36-545108
Category: time-critical

This Site is a former aluminum products manufacturing facility that is currently vacant and slated for demolition. The Mirro Aluminum Company, commonly known as Mirro, operated at this facility for more than 100 years. At its peak, Mirro was the United States' largest manufacturer of aluminum cookware products. In addition to manufacturing, Mirro was headquartered at this location. The facility was an 160-acre multi-building expansive complex. The hazardous substances that this Action Memo concerns are contained within the "Mirro Complex" which is a series of connected buildings comprising the city block bordered by 15th, 16th, Washington, and Franklin Streets. Mirro was acquired by Newell Rubbermaid in 1983. Newell moved most of the Manitowoc operations out of the country by 2001. In 2003, Newell ceased all operations at this Site. including closing the administrative offices. Since then. there have been three owners of the property who had varying interests in reuse. However, successful redevelopment or demolition has not yet occurred and the buildings are now in disrepair. The City of Manitowoc has declared the Mirro Complex unfit for human habitation. The Mirro Complex is currently owned by EJ Spirtas Group, LLC, a St. Louis, Missouri, based demolition company. Mr. Spirtas acquired the property in 2006.

Over the last three years, State and Federal Brownfields grant funds have been used to conduct Phase I and Phase II environmental studies at the Site to facilitate redevelopment. In October 2010, drums were discovered by a contractor conducting an EPA Targeted Brownfields Assessment (TBA) in the Mirro Complex. The drums were not present during previous (2006 and 2009) investigations at the Site. Based on the location of the majority of the drums, it appeared that transformers at the facility had been drained into the containers. Staining observed on the floor surrounding the transformers intimated that oil had been spilled when the transformers were emptied. Samples taken by the TBA contractor confirmed PCB contamination on the floor surrounding the transformers and high PCB concentrations in the drums (up to 500,000 mg/kg---or "parts per million" (ppm)---PCB-1260). The TBA contractor also demonstrated that the spilled oil seeped to the sub-surface soil.

In November 2010, the Wisconsin Department of Natural Resources (WDNR) required EJ Spirtas LLC to take immediate action to remediate the situation. Mr. Spirtas did not comply with WDNR's requirements. On December 15, 2010, WDNR requested that U.S. EPA conduct a time-critical removal action at the Site. The U.S. EPA Region 5 Emergency Response Branch is coordinating its actions at this Site with the Region's

2

Brownfields and TSCA programs, WDNR (R&R and asbestos programs), and the City of Manitowoc.

## A. Site Description

### 1. Removal site evaluation

In January 2010, U.S. EPA conducted a Site Assessment at the Mirro Complex to further evaluate the conditions discovered during the TBA. Clusters of small drums of unknown liquids were identified in three locations: one of the basement tunnels, by the first floor transformer room, and in the second floor transformer room. Representative samples were taken from each of the three locations. Analytical results confirmed that the drums located near the transformers contain used transformer oil with very high PCB concentrations (480,000 mg/kg Aroclor-1260). Analytical results indicate that the drums in the tunnel contain waste oil with PCB concentrations under 200 mg/kg (Arocolor-1260). Wipe samples were taken in areas of visible staining (near transformers and loading dock). Analytical results revealed that the staining is a good indicator of spilled oil. Wipe samples in the unstained areas ranged from 3.8 -16.1 $\mu$g/100 cm$^2$, at the edge of the stained area ranged from 70.5 - 302 $\mu$g/100 cm$^2$, and in the stained area ranged from 594 - 459,000 $\mu$g/100 cm$^2$. One area of staining leads to a sewer drain in a loading dock (see photo in Figure A-2).

The Mirro Complex buildings are in poor condition and there is evidence throughout the building of trespassing and criminal activity. There is no utility service (electric or water) to the building. The property owner has submitted a demolition plan to the City of Manitowoc and WDNR. The first phase of the proposed demolition is removal of combustible materials from the building. In February 2010, OSC Halbur met with local and state officials and the property owner to identify areas and materials to be excluded from Phase 1 demolition activities (e.g., PCB-contaminated waste, asbestos-containing materials, etc.). During the course of this Site walk-through, two additional clusters of drums were found on the sixth floor. One cluster is presumed to contain transformer oil; the other antifreeze.

### 2. Physical location

The Site is located at 1512 Washington Street, Manitowoc, Manitowoc County, Wisconsin 54220. The coordinates for this Site are Latitude 44.0886 North and Longitude 87.6675 West. The Site is part of a 160-acre multi-building expansive complex formerly operated by Mirro. The hazardous substances that this Action Memo concerns are contained within the Mirro Complex which is a series of connected buildings comprising the city block bordered by 15th, 16th, Washington, and Franklin Streets. The surrounding area is mixed industrial, commercial, and residential. The area is serviced by a public water supply and both sanitary and storm sewers. The nearest water body is the Manitowoc River, which is only two City blocks away from the Site. The Manitowoc River flows into Lake Michigan, which is located approximately ¼ mile from the Site. Records indicate that the depth to groundwater at the Site is approximately

3

10-12 feet below ground surface. Groundwater flow is east, towards Lake Michigan. Site soils consist of stratified alluvial silty clay, silt, and silty sand.

The area surrounding the Mirro Spirtas Site was screened for Environmental Justice (EJ) concerns using Region 5's EJ Assist Tool (which applies the interim version of the national EJ Strategic Enforcement Assessment Tool (EJSEAT)). Census tracts with a score of 1, 2, or 3 are considered to be high-priority potential EJ areas of concern according to EPA Region 5. The Mirro Spirtas Site is in a census tract with a score of 4, however the Site is surrounded by census tracts with a score of 3. Analysis of the area shows that the population is 12.7% minority and 9% are living below the poverty level. Therefore, Region 5 considers this Site to be a high-priority potential EJ area of concern. Please refer to the attached analysis for additional information (Attachment 1).

### 3. Site characteristics

This Site is a series of connected vacant industrial buildings, known as the Mirro Complex, that is privately owned by EJ Spirtas LLC, a demolition contractor. The buildings are in disrepair. There is no power or water to the buildings. There is evidence of trespassing and criminal activity in the buildings. The property owner is planning to demolish the buildings, pending approval by the City of Manitowoc and WDNR.

During the course of a Targeted Brownfields Assessment (TBA), it was discovered that the PCB transformers in the Mirro Complex had been illegally drained into drums that remain on Site. Staining on the floors intimates that PCB transformer oil was spilled when the transformers were drained and the drums were moved around in the facility. The spilled material has reached sub-surface soil and threatens to spread to sewer drains. When the property owner failed to promptly address the release, WDNR requested that U.S. EPA conduct a time-critical removal action at the Site. The U.S. EPA Region 5 Emergency Response Branch is coordinating its actions at this Site with the Region's Brownfields and TSCA programs, WDNR (R&R and asbestos programs), and the City of Manitowoc.

### 4. Release or threatened release into the environment of a hazardous substance, or pollutant or contaminant

Approximately thirty small drums of waste oil, some with extremely high concentrations of PCBs (up to 480,000 mg/kg Aroclor-1260) and three small drums of antifreeze (ethylene glycol) are unsecured at the Site. There is evidence that portions of the flooring are contaminated with PCBs from spills in at least three different areas. Some of the spilled material has reached the sub-surface soil. There are floor drains that lead off site in the areas of known spills. There is evidence of trespassing and criminal activity in the buildings.

PCBs are regulated by the Toxic Substances Control Act (TSCA) of 1976. 40 CFR Part 761 establishes prohibitions of, and requirements for, the manufacture, processing, distribution in commerce, use, disposal, storage, and marking of PCBs and

4

PCB containing or contaminated items (also known as "articles" within TSCA). The PCBs, and their respective contaminated items and articles, at this Site are considered abandoned, and therefore, subject to CERCLA as well as TSCA. PCBs are defined as hazardous substances by Section 101(14) of CERCLA. The active ingredients in antifreeze are also hazardous substances, as defined by CERCLA.

### 5. NPL status

This Site is not listed on the NPL.

### 6. Maps, pictures and other graphic representations

Figure A-2 contains representative Site photos of the building condition, the abandoned waste, and the contaminated floors.

## B. Other Actions to Date

### 1. Previous actions

The City of Manitowoc and WDNR have been working closely with the Site's owners on redevelopment opportunities since Mirro ceased operations at the Site. Toward that end, State and Federal Brownfields grant funds have been used to conduct Phase I and Phase II environmental studies at the Site over the last three years. In October 2010, drums were discovered by a contractor conducting an EPA Targeted Brownfields Assessment (TBA) in the Mirro Complex. The drums were not present during previous (2006 and 2009) investigations at the Site. Based on the location of the drums, it appeared that transformers at the facility had been drained into the containers. Staining observed on the floor surrounding the transformers intimated that oil had been spilled when the transformers were emptied. Samples taken by the TBA contractor confirmed PCB contamination on the floor surrounding the transformers, PCB contamination in the subsurface soil under one of the stained areas, and high PCB concentrations in the drums (up to 480,000 mg/kg PCB-1260).

In November 2010, the WDNR required EJ Spirtas LLC to take immediate action to remediate the situation. Mr. Spirtas did not comply with WDNR's requirements. On December 15, 2010, WDNR requested that U.S. EPA conduct a time-critical removal action at the Site.

### 2. Current actions

The buildings that comprise the Mirro Complex are in disrepair, and the City of Manitowoc has declared the Mirro Complex unfit for human habitation. The property owner has submitted a demolition plan to the City of Manitowoc and WDNR. The first phase of the proposed demolition, removal of combustible materials from the building, is currently underway. Areas of environmental concern (e.g., the PCB-contaminated areas, materials, articles and drums, waste oil drums, asbestos) are excluded from demolition

5

activities pending further information and action from the owner. Additional Brownfields assistance is contingent upon the results of the TBA, expected in March 2011, and the time critical removal action proposed in this Action Memo.

### C. State and Local Authorities' Roles

#### 1. State and local actions to date

The City of Manitowoc and WDNR are actively involved with this Site, and have been for many years. The City of Manitowoc has declared the Mirro Complex unfit for human habitation. City officials, including the Fire Chief and representatives from the City Planning and Building Departments, conduct regular visits to the Site to ensure compliance with their Orders and Directives. The City of Manitowoc, WDNR, and U.S. EPA Brownfields have conducted numerous environmental studies at the Site to facilitate redevelopment of the property. Upon receipt of the property owner's demolition plan, WDNR's asbestos program also recently became involved with this Site. U.S. EPA ERB was requested by WDNR to assist with the waste drums and PCB contamination at the Site in December 2010. OSC Halbur has met with many of the local and state representatives who are working on the Site.

#### 2. Potential for continued State/local response

This Action Memo addresses the drums of hazardous substances and the PCB contamination from spilled transformer oil at the Mirro Complex. Additional environmental concerns, such as asbestos and subsurface contamination, will remain at the Site at the completion of the removal action. WDNR will oversee further environmental clean-ups and remediation projects that arise during and after the demolition.

### III. THREATS TO PUBLIC HEALTH OR THE ENVIRONMENT, AND STATUTORY AND REGULATORY AUTHORITIES

The conditions at the Mirro Spirtas Site present a substantial threat to the public health or welfare, and the environment, and meet the criteria for a time-critical removal action as provided for in the NCP, 40 CFR § 300.415(b)(2). These criteria include, but are not limited to, the following:

**Actual or potential exposure to nearby human populations, animals, or the food chain from hazardous substances or pollutants or contaminants.**

PCBs were detected in the drums sampled, on the floors, and in the subsurface soil at the Mirro Spirtas Site. Analytical results indicate that Arocolor-1260 concentrations are as high as 480,000 mg/kg in the transformer oil that is containerized on Site and that has already been spilled in numerous locations in the facility. In addition to PCBs, the waste oils in the drums also contain volatile organic compounds, semi volatile organic compounds, polycyclic aromatic hydrocarbons, metals, diesel range organics and gasoline range organics. Drums containing antifreeze were also found at the

6

Site. Ten of the eleven wipe samples collected during EPA's Site Assessment exceeded the U.S. EPA PCB Cleanup Commercial Indoor Limit of $10\mu g/100cm^2$. PCB Aroclor 1260 was detected above the TSCA limit of 50 mg/kg (or "ppm" in 40 CFR Part 761) in a representative subsurface soil sample beneath an area of spilled transformer oil. Staining was observed leading to a sewer drain in a loading dock.

Although access to the building is restricted, signs of trespassing were apparent in different areas of the building. It is believed that the spillage observed was caused by trespassers. The presence of confirmed hazardous materials poses a threat to trespassers and nearby residents through direct exposure and potential release into the sewer system. Human or ecological contact with the drums, contaminated surfaces, or spilled waste oil can result in exposure to PCBs.

PCBs have been demonstrated to cause cancer, as well as a variety of other adverse health effects on the immune system, reproductive system, nervous system, and endocrine system (ATSDR 2001). Human health studies reviewed by ATSDR indicate that reproductive function may be disrupted by exposure to PCBs; neurobehavioral and developmental deficits occur in newborns and continue through school-aged children who had in utero exposure to PCBs; other systemic effects (e.g., self-reported liver disease and diabetes, and effects on the thyroid and immune systems) are associated with elevated serum levels of PCBs; and increased cancer risks, e.g., non-Hodgkin's lymphoma, are associated with PCB exposures.

Once released in the environment, PCBs do not readily break down and remain for long periods of time cycling between air, water, and soil. PCBs can be carried long distances and have been found in snow and sea water in areas far away from where they were released into the environment. PCBs can accumulate in the leaves and above-ground parts of plants and food crops. They are also taken up into the bodies of small organisms and fish. As a result, people who ingest fish may be exposed to PCBs that have bioaccumulated in the fish they are ingesting. PCB chemical contamination of Lake Michigan has resulted in lakewide fish consumption advisories for sport fish and outright bans on the commercial harvest and sale of certain important fish species.

**Actual or potential contamination of drinking water supplies or sensitive ecosystems.**

PCB Aroclor 1260 was detected above U.S. EPA's generic human health and environment protection level of 25 mg/Kg PCBs for industrial sites in the subsurface soil at the Site. The subsurface soil sample collected at 4 feet below ground surface was reported to contain 210 mg/Kg PCBs. High levels of PCBs existing in subsurface soil pose a threat of potential release to the groundwater at the Site. Staining leading to the sewer drain was observed in a loading dock (see Figure A-2). Releases thru the sewers and groundwater contamination would threaten the Manitowoc River and Lake Michigan.

7

**Hazardous substances or pollutants or contaminants in drums, barrels, tanks, or other bulk storage containers, that may pose a threat of release.**

Approximately 40 drums of hazardous materials are clustered throughout the Mirro Complex. PCB results of the samples collected from drums in two separate locations were over 450,000 mg/kg Aroclor 1260. Analytical results for DROs in the samples collected from two unknown drums in another location were 1,200,000 mg/Kg and 1,000,000 mg/Kg. Drums on an upper floor appear to contain antifreeze. There is evidence of spillage already in numerous areas of the building. There is also evidence of migration to the environment of spilled material in the subsurface soil beneath one of the stained areas, which leads to a sewer drain. It is believed that the spillage observed at the Site was caused by trespassers. Additionally, in the event of a fire, the material stored in drums could result in toxic gas (also known as "hazardous air pollutants" or HAPs) and/or particulate matter (PM) releases, causing multiple potential adverse exposure(s) to nearby residents. These drums and several other unknown drums pose a potential threat of release to the environment.

**Weather conditions that may cause hazardous substances or pollutants or contaminants to migrate or be released.**

Water marks on the walls in the basement area indicate that flooding has occurred. Flooding inside the building due to heavy rain may lead to tipping the drums and releasing their contents to the surrounding area and into the nearby Manitowoc River and Lake Michigan through storm sewers.

**Threat of fire or explosion.**

Many of the drums at the facility contain flammable materials (e.g., DROs and antifreeze). There are wood floors throughout the facility. Flammable and combustible materials pose a potential threat of fire or explosion.

**The availability of other appropriate federal or state response mechanisms to respond to the release.**

There are no other Federal or State agencies that have the capacity to respond to the immediate threats at the Site. WDNR requested U.S. EPA assistance characterizing, removing, and disposing of the waste and PCB-contaminated articles, material and wastes at the Site.

## IV.   ENDANGERMENT DETERMINATION

Given the Site conditions, the nature of the known and suspected hazardous substances on Site, and the potential exposure pathways described in Sections II and III above, actual or threatened releases of hazardous substances from this Site, if not addressed by implementing the response Actions selected in this Memorandum, may

8

present an imminent and substantial endangerment to public health, or welfare, or the environment.

## V.   PROPOSED ACTIONS AND ESTIMATED COSTS

### A. Proposed Actions

#### 1. Proposed action description

The response actions described in this memorandum directly address actual or potential releases of hazardous substances on Site, which may pose an imminent and substantial endangerment to public health, welfare or the environment.  EPA will conduct the following removal activities on Site:

1) Develop and implement a Site Health and Safety Plan, including an Air Monitoring Plan and a Site Emergency Contingency Plan;

2) Develop and implement a Site Security Plan;

3) Develop and implement an extent-of-contamination sampling plan to determine the extent of transformer oil spillage;

4) Characterize, remove, and properly dispose of the waste and associated contaminated material abandoned at the Site in accordance with U.S. EPA's Off-Site Rule, 40 C.F.R. § 300.440;  and

5) Ensure that any drain, trench, or similar feature within the facility that poses a threat of release of PCBs to the environment is clean.

The removal action will be conducted in a manner not inconsistent with the NCP.  The OSC has initiated planning for provision of post-removal Site control consistent with the provisions of Section §300.415(l) of the NCP.  This Action Memo addresses the drums of hazardous substances and the PCB contamination from spilled transformer oil at the Mirro Complex.  Additional environmental concerns, such as asbestos and subsurface contamination, will remain at the Site at the completion of the removal action.  WDNR will oversee further environmental clean-ups and remediation projects that arise during and after the demolition.

All hazardous substances, pollutants, or contaminants removed off-site pursuant to this removal action for treatment, storage, and disposal shall be treated, stored, or disposed of at a facility in compliance, as determined by EPA, with the EPA Off-Site Rule, 40 CFR § 300.440.

9

## 2. Contribution to remedial performance:

The proposed action is not expected to impede future actions based on available information.

## 3. Engineering Evaluation/Cost Analysis (EE/CA)

Not applicable.

## 4. Applicable or relevant and appropriate requirements (ARARs)

All applicable, relevant, and appropriate requirements (ARARs) of Federal and State law will be complied with to the extent practicable considering the exigencies of the circumstances. On February 25, 2011, a letter was delivered to Roxanne Chronert of WDNR asking for any State of Wisconsin ARARs which may apply.

## 5. Project Schedule

The response action described in this Action Memo will require an estimated 10 working days to complete.

## B. Estimated Costs

| REMOVAL ACTION PROJECT CEILING ESTIMATE | |
|---|---|
| **Extramural Costs:** | |
| Regional Removal Allowance Costs: | |
| Total Cleanup Contractor Costs (This cost category includes estimates for ERRS, subcontractors, Notices to Proceed, and Interagency Agreements with Other Federal Agencies. Include a 10-20% contingency) | $93,000 |
| Other Extramural Costs Not Funded from the Regional Allowance: Total START, including multiplier costs | $15,000 |
| Subtotal Extramural Costs | $108,000 |
| Extramural Costs Contingency (20% of Subtotal, Extramural Costs rounded to nearest thousand) | $21,600 |
| TOTAL REMOVAL ACTION PROJECT CEILING | $129,600 |

10

## VI. EXPECTED CHANGE IN THE SITUATION SHOULD ACTION BE DELAYED OR NOT TAKEN

Given the Site conditions, the nature of the hazardous substances and pollutants or contaminants documented on Site, and the potential exposure pathways to nearby populations described in Sections II, III and IV above, actual or threatened release of hazardous substances and pollutants or contaminants from the Site, failing to take or delaying action may present an imminent and substantial endangerment to public health, welfare or the environment, increasing the potential that hazardous substances will be released, thereby threatening the adjacent population and the environment.

## VII. OUTSTANDING POLICY ISSUES

None

## VIII. ENFORCEMENT

·For administrative purposes, information concerning the enforcement strategy for this Site is contained in the Enforcement Confidential Addendum.

Direct Costs     +   Indirect Costs       = $292,316
($129,600 + $50,000)    +   (62.76% x $179,600)

The total EPA costs for this removal action based on full-cost accounting practices that will be eligible for cost recovery are estimated to be $292,316.

## IX. RECOMMENDATION

This decision document represents the selected removal action for the Mirro Spirtas Site, Manitowoc, Manitowoc County, WI, developed in accordance with CERCLA as amended, and is not inconsistent with the NCP. This decision is based on the administrative record for the Site (Attachment 4). Conditions at the Site meet the NCP Section 300.415(b)(2) criteria for a removal and I recommend your approval of the removal action proposed in this Action Memorandum.

The total project ceiling if approved will be $129,600, of which an estimated $114,600 may be used for cleanup contractor costs. You may indicate your approval by signing below.

Approve: _____      4/6/11
         Acting Director, Superfund Division        Date


Disapprove: _____      _____
         Acting Director, Superfund Division        Date

11

Figures:
     A-1;    Site Location Map
     .A-2;    Photo Log

Attachments:
    1.  Environmental Justice Analysis
    2.  Detailed Cleanup Contractor Cost Estimate
    3.  Independent Government Cost Estimate
    4.  Administrative Record Index


cc:    D. Chung, U.S. EPA 5202G
    M. Chezik, U.S. Department of Interior, w/o Enf. Attachment
    (email: michael.chezik@ios.doi.gov)
    J.B. Van Hollen, WI Attorney General, w/o Enf. Addendum
    (email: vanhollenjb@doj.state.wi.us)
    M. Giesfeldt, WDNR, w/o Enf. Addendum
    (email: mark.giesfeldt@wisconsin.gov)
    A. Weissbach, WDNR, w/o Enf. Addendum
    (email: annette.weissbach@wisconsin.gov)
    R. Chronert, WDNR, w/o Enf. Addendum
    (email: roxanne.chronert@wisconsin.gov)

12

# ENFORCEMENT CONFIDENTIAL ADDENDUM

## MIRRO SPIRTAS SITE
## MANITOWOC, MANITOWOC COUNTY, WISCONSIN


(REDACTED 1 PAGE)


**ENFORCEMENT CONFIDENTIAL**
**NOT SUBJECT TO DISCOVERY**

# ATTACHMENT 1

## U.S. EPA REGION 5 ENVIRONENTAL JUSTICE ANALYSIS
### MIRRO SPIRTAS SITE
### MANITOWOC, MANITOWOC COUNTY, WISCONSIN
### APRIL 2011



# ATTACHMENT 2

## DETAILED CLEANUP CONTRACTOR COST ESTIMATE
## MIRRO SPIRTAS SITE
## MANITOWOC, MANITOWOC COUNTY, WISCONSIN
## APRIL 2011

The estimated cleanup contractor (ERRS) costs necessary to complete the removal action at the Mirro Spirtas Site are as follows:

| | |
|---|---|
| Personnel | $22,300 |
| Equipment | $10,000 |
| Materials, Lodging/Perdiem, Misc | $15,500 |
| Transportation & Disposal | $32,750 |
| Total | $80,550 |
| Plus 15% Contingency | $12,082 |
| Total ERRS Contractor Costs | $93,000 |

# ATTACHMENT 3

### INDEPENDENT GOVERNMENT COST ESTIMATE

### MIRRO SPIRTAS SITE
### MANITOWOC, MANITOWOC COUNTY, WISCONSIN

### MARCH 2011

### NOT RELEVANT TO THE SELECTION OF THE REMOVAL ACTION

### (REDACTED 1 PAGE)

Case 1:26-cv-00826-BBC    Filed 06/15/26    Page 17 of 21    Document 12-4

# ATTACHMENT 4

**U.S. ENVIRONMENTAL PROTECTION AGENCY**
**REMOVAL ACTION**

**ADMINISTRATIVE RECORD**
**FOR**
**MIRRO SPIRTAS SITE**
**MANITOWOC, MANITOWOC COUNTY, WISCONSIN**

**ORIGINAL**
**MARCH 2011**

| NO. | DATE | AUTHOR | RECIPIENT | TITLE/DESCRIPTION | PAGES |
|-----|------|--------|-----------|-------------------|-------|
| 1 | 02/00/01 | ATSDR | File | ToxFAQs Sheet for Polychlorinated Biphenyls | |
| 2 | 11/23/10 | Weissbach, A., WDNR | Ramanauskus, P., U.S. EPA | Letter re: EPA Notification #1 of PCB Contamination for One-Clean Up Memorandum of Agreement w/Attachments | |
| 3 | 12/15/10 | Chronert, R., WDNR | Durno, M., & M. Ribordy, U.S. EPA | E-mail Message re: WDNR Request for U.S. EPA Assistance to Conduct a Time Critical Removal Action at the Mirro Spirtas Facility | |
| 4 | 12/18/10 | Owner Mirro Spirtas Facility | U.S. EPA | U.S. EPA Consent for Access to Property | |
| 5 | 02/25/11 | Halbur, K., U.S. EPA | Chronert, R., WDNR | Letter re: U.S. EPA Request that WDNR Identify any ARARs which Apply to the Mirro Spirtas Site | |
| 6 | 03/15/11 | OTIE | U.S. EPA | Site Assessment Report for the Mirro Spirtas Site | |
| 7 | 00/00/00 | Halbur, K., U.S. EPA | Ballotti, D., U.S. EPA | Action Memorandum: Request for Approval and Funding for a Time-Critical Removal Action at the Mirro Spirtas Site **(PENDING)** | |

# FIGURE A-1

## SITE LOCATION MAP
## MIRRO SPIRTAS SITE
## MANITOWOC, MANITOWOC COUNTY, WISCONSIN
## APRIL 2011



Case 1:26-cv-00826-BBC    Filed 06/15/26    Page 19 of 21    Document 12-4

## PHOTO LOG
## MIRRO SPIRTAS SITE
## MANITOWOC, MANITOWOC COUNTY, WISCONSIN
## APRIL 2011



Dumped material and oil sheen leading to sewer drain inside the loading dock in Building K



PCB contaminated floor; transformer oil spillage area



Drums containing transformer oil at Mirro Spirtas Site