# Exhibit 6

U.S. ENVIRONMENTAL PROTECTION AGENCY
POLLUTION/SITUATION REPORT
Mirro Spirtas - Removal Polrep
Final Removal Polrep



## UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
### Region V

**Subject:**  **POLREP #2**
**Final**
**Mirro Spirtas**
**B5ZW**
**Manitowoc, WI**
**Latitude: 44.0889397 Longitude: -87.6677455**

**To:**  Annette Weissbach, WDNR

**From:**  Kathy Halbur, OSC
**Date:**  9/29/2011
**Reporting Period:**  8/4/2011-9/29/2011

## 1. Introduction

### 1.1 Background

| | | | |
|---|---|---|---|
| **Site Number:** | B5ZW | **Contract Number:** | |
| **D.O. Number:** | | **Action Memo Date:** | 4/6/2011 |
| **Response Authority:** | CERCLA | **Response Type:** | PRP Oversight |
| **Response Lead:** | EPA | **Incident Category:** | Removal Action |
| **NPL Status:** | Non NPL | **Operable Unit:** | |
| **Mobilization Date:** | 7/18/2011 | **Start Date:** | 7/19/2011 |
| **Demob Date:** | 7/25/2011 | **Completion Date:** | 9/29/2011 |
| **CERCLIS ID:** | WIN000510545 | **RCRIS ID:** | |
| **ERNS No.:** | | **State Notification:** | |
| **FPN#:** | | **Reimbursable Account #:** | |

### 1.1.1 Incident Category

The property owner, EJ Spirtas Group, LLC, is conducting a voluntary clean-up at this Site. U.S. EPA is overseeing the clean-up, consistent with the NCP.

### 1.1.2 Site Description

This Site is a former aluminum products manufacturing facility that is currently vacant and slated for demolition by the property owner, EJ Spirtas Group, LLC, a St. Louis, Missouri based demolition company. The Mirro Aluminum Company, commonly known as Mirro, operated at this facility for more than 100 years. At its peak, Mirro was the United States' largest manufacturer of aluminum cookware products. The facility is in poor condition and there is evidence throughout the building of trespassing and criminal activity. There is no utility service (electric or water) to the building.



During a Targeted Brownfields Assessment (TBA) at the Site, it was discovered that the transformers at the facility had been illegally drained and that transformer oil had been spilled on the floors. The Wisconsin Department of Natural Resources (WDNR) required EJ Spirtas LLC to take immediate action to remediate the situation. Mr. Spirtas did not comply with WDNR's requirements and WDNR requested EPA assistance.

In January 2010, U.S. EPA conducted a Site Assessment at the Mirro facility to further evaluate the conditions discovered during the TBA. Approximately thirty small drums of waste oil (some with extremely high concentrations of PCBs) and approximately ten additional drums of abandoned waste liquids (including flammables) were documented at the Site. Evidence of spills in and around two transformer rooms was observed. Floor drains that lead off site were observed in the areas of known spills.

### 1.1.2.1 Location

The Site is located at 1512 Washington Street, Manitowoc, Manitowoc County, Wisconsin 54220. The Site is a series of connected buildings comprising the city block bordered by 15th, 16th, Washington, and Franklin Streets. The surrounding area is mixed industrial, commercial, and residential. The area is serviced by a public water supply and both sanitary and storm sewers. The nearest water body is the Manitowoc River, which is only two City blocks away from the Site. The Manitowoc River flows into Lake Michigan, which is located approximately 1/4 mile from the Site. Records indicate that the depth to groundwater at the Site is approximately 10-12 feet below ground surface. Groundwater flow is east, towards Lake Michigan. Site soils consist of stratified alluvial silty clay, silt, and silty sand.

### 1.1.2.2 Removal Site Inspection Results/Description of Threat

In January 2010, U.S. EPA conducted a Site Assessment at the Mirro facility to further evaluate the conditions discovered during the TBA. Approximately thirty small drums of waste oil (some with extremely high concentrations of PCBs) and approximately ten additional drums of abandoned waste liquids (including flammables and antifreeze) were documented at the Site. Evidence of spills in and around two transformer rooms was observed. Floor drains that lead off site were observed in the areas of known spills. There is evidence of trespassing and criminal activity in the buildings.

PCBs are regulated by the Toxic Substances Control Act (TSCA) of 1976. 40 CFR Part 761 establishes prohibitions of, and requirements for, the manufacture, processing, distribution in commerce, use, disposal, storage, and marking of PCBs and PCB containing or contaminated items (also known as "articles" within TSCA). The PCBs, and their respective contaminated items and articles, at this Site are considered abandoned, and therefore, subject to CERCLA as well as TSCA. PCBs are defined as hazardous substances by Section 101(14) of CERCLA. The active ingredients in antifreeze are also hazardous substances, as defined by CERCLA.

## 2. Current Activities
### 2.1 Operations Section
#### 2.1.1 Narrative

During enforcement negotiations, it was agreed that EJ Spirtas Group would conduct a voluntary clean-up, with U.S. EPA oversight, to address the threats identified during U.S. EPA's Site Assessment. The removal is being conducted as two separate actions. During the first action (the subject of this Polrep), the immediate threats were addressed, including removal of hazardous waste, eliminating the direct contact risks, and reducing the threat of off-site release through the sewers. During the second action, expected in Fall/Winter, 2011, the building will be demolished and the remaining PCB contaminated building materials will be disposed of as required by TSCA.

#### 2.1.2 Response Actions to Date

EJ Spirtas Group retained EQ to conduct this clean-up. EQ was assisted by employees from EJ Spirtas Group's company Niagra Worldwide. The crew mobilized to the Site on July 18, 2011 and commenced work on July 19, 2011. All liquid waste at the facility was segregated into appropriate waste streams,

http://www.epaosc.org/sites/7106/files/mirrospirtas_polrep_2.htm                                    03/17/2014

overpacked, and prepped for transport. The remaining oil in the transformers was drained and the transformers were cleaned. The wood contaminated flooring was removed and shipped to a TSCA landfill. All contaminated concrete flooring was cleaned per the method defined in 40 CFR 761 Subpart S and marked for proper disposal during demolition. The debris in the loading dock adjacent to one of the spill areas was cleared and all waste in contact with the floor was disposed of as PCB contaminated debris. Wipe samples of the loading dock floor were collected. The floor was cleaned as if it was contaminated with PCBs. The drain in the loading dock was sampled, cleaned, and plugged. All mercury switches throughout the facility were collected. The crew demobed from the Site on July 25, 2011. Veolia picked up the drums of PCB contaminated oil on August 2, 2011. EJ Spirtas Group submitted the final report summarizing the removal action to EPA on September 29, 2011.

### 2.1.3 Enforcement Activities, Identity of Potentially Responsible Parties (PRPs)

The property owner, EJ Spirtas Group, LLC, is conducting a voluntary clean-up at this Site. U.S. EPA is overseeing the clean-up, consistent with the NCP.

### 2.1.4 Progress Metrics

| Waste Stream | Medium | Quantity | Manifest # | Treatment | Disposal |
|---|---|---|---|---|---|
| PCB Contaminated Liquids (Oil, wash water, etc.) | Liquid | 22 drums | 001403437FLE | Incineration | Veolia, Deer Park, TX |
| PCB Contaminated Solids (wood flooring, debris, containers) | Solid | 3 rolloffs | 001403438FLE 001403435FLE 001403434FLE | TSCA Landfill | EQ Wayne Disposal, Belleville, MI |
| Glycol & Lab Pack | Liquid | 2 drums | 001403436FLE | Solidification & Energey Recovery | EQ Detroit, Detroit, MI |

## 2.2 Planning Section
### 2.2.1 Anticipated Activities

This removal action is considered complete. A work plan and schedule for the second required removal action at this Site is pending. During the second action, the building will be demolished and the PCB contaminated building materials will be disposed of as required by TSCA. Remediation of sub-slab PCB contamination and sewer contamination may be required as well - determination is pending access to the sub-slab to evaluate the extent of PCB contamination at the Site.

## 2.3 Logistics Section
No logistical issues to report.

## 2.4 Finance Section
Removal costs, approximately $75,000, were incurred by EJ Spirtas Group LLC. Upon completion of the second action, EPA will send a demand letter to EJ Spirtas Group for recovery of its response costs (Site Assessment, oversight, etc.).

## 2.5 Other Command Staff

http://www.epaosc.org/sites/7106/files/mirrospirtas_polrep_2.htm                    03/17/2014

### 2.5.1 Safety Officer
Nothing to report.

### 2.6 Liaison Officer
The property owner provides regular updates of the cleanup and demolition prep work occuring at the Site to local and state officials.

### 2.7 Information Officer
The property owner is fulfilling this role.


## 3. Participating Entities

### 3.1 Unified Command
Not applicable.

### 3.2 Cooperating Agencies
City of Manitowoc
Wisconsin Department of Natural Resources


## 4. Personnel On Site

The clean-up crew consisted of five EQ representatives and two EJ Spirtas Group/Niagra Worldwide representatives. Annette Weissbach (WDNR) and OSC Kathy Halbur (EPA) were on-site periodically conducting oversight of the clean-up.


## 5. Definition of Terms

CERCLA: Comprehensive Environmental Response, Compensation, and Liability Act
CFR: Code of Federal Regulations
PCB: Polychlorinated Biphenyl
TSCA: Toxic Substances Control Act
U.S. EPA: United States Environmental Protection Agency
WDNR: Wisconsin Department of Natural Resources


## 6. Additional sources of information

### 6.1 Internet location of additional information/report
Additional information is available at www.epaosc.org/mirrospirtas.

### 6.2 Reporting Schedule
This is the Final Polrep for this action.


## 7. Situational Reference Materials

See www.epaosc.org/mirrospirtas