# Exhibit 8

DOC # 1157108                    **ORDER TO RAZE**

VOL 2948    PG 439

**TO:**    EJ Spirtas Manitowoc LLC
            1101 Mill Street
            Niagara, WI 54151

STATE OF WI - MTWC CO
PRESTON JONES REG/DEEDS
RECEIVED FOR RECORD
06/29/2015  8:48:00 AM

Name and Return Address:  (1)
City Clerk
900 Quay Street
Manitowoc, WI 54220

**YOU ARE HEREBY NOTIFIED** that the factory complex on the following described property in the City of Manitowoc, Wisconsin, to-wit:

*All of Lots 1-18 encompassing all of Block 246 of the original plat of the City of Manitowoc, Manitowoc County, Wisconsin.*

which premises are owned by you and located at 1512 Washington Street, Manitowoc, Wisconsin, has become dilapidated and out of repair and consequently, dangerous, unsafe, unsanitary or otherwise unfit for human habitation.

**THEREFORE, YOU ARE HEREBY ORDERED** to raze the entire Mirro Building complex, to include the five, six, and seven-story buildings and the remaining rubble from the three-story buildings, within 100 days from the date of service of this order upon you. Raze means you must demolish and remove the complex and restore the site to a dust-free and erosion-free condition, remaining in compliance with the City of Manitowoc ordinances and any mandates from the Wisconsin Department of Natural Resources.

**YOU ARE FURTHER NOTIFIED** that this order is served upon you pursuant to the terms and provision of Section 66.0413 of the Wisconsin Statutes. If you shall fail or refuse to comply within the time prescribed in this order, the complex shall be razed and removed and the site restored to a dust-free and erosion-free condition by the City of Manitowoc or its agents or contractors, and the cost of such razing, removal and restoration of the site to a dust-free and erosion-free condition shall be charged against the property, shall be a lien thereon, and may be assessed and collected as a special tax.

**YOU ARE FURTHER NOTIFIED** that pursuant to Sections 66.0413(1)(h) and 893.76 of the Wisconsin Statutes, you must make application to the Manitowoc County Circuit Court within 30 days of service of this order if you wish to contest this order.

Dated at Manitowoc, Wisconsin, this _26_ day of June, 2015.

CITY OF MANITOWOC, WISCONSIN

Richard P. Schwarz, Building Inspector

STATE OF WISCONSIN   )
                      ) ss.
COUNTY OF MANITOWOC  )

Personally came before me this _26th_ day of _June_ 2015, the above signed Richard P. Schwarz, Building Inspector of the City of Manitowoc, Wisconsin and acknowledged that he executed the foregoing instrument as such Officers of said City, by its authority.

Jane M. Rhode, Notary Public
Manitowoc County, Wisconsin
My commission expires 5/1/2016

cc: Manitowoc County Clerk, 1010 S 8th Street, Manitowoc WI 54220

This instrument was drafted by Kathleen M. McDaniel, City Attorney