# UNITED STATES DISTRICT COURT
for the
## Eastern District of Wisconsin

| | |
|---|---|
| City of Manitowoc | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action  No.   1:26-cv-00826 |
| Newell Brands Inc. et al. | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| E.J. Spirtas Manitowoc, LLC et al. | ) |
| *Third-party defendant* | ) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   E.J. Spirtas Group LLC
601 S Lindbergh Blvd
Saint Louis, MO 63131-2733

A lawsuit has been filed against defendant  Newell Brands Inc. Newell Operating Company, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  City of Manitowoc .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

| | | |
|---|---|---|
| Ann MacDonald and Meera Gorjala<br>ArentFox Schiff LLP<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606 | Andrew Sawula<br>ArentFox Schiff LLP<br>One Westminster Pl - Ste 200<br>Lake Forest, IL 60045 | Jodi Arndt Labs<br>Law Firm of Conway Olejniczak & Jerry SC<br>231 S Adams St, PO Box 23200<br>Green Bay, WI 54305 |

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Daniel J Blinka and William J Nelson<br>Godfrey & Kahn SC<br>833 E Michigan St, Ste 1800<br>Milwaukee, WI 53202-5615 | Hayley Rich-Noble<br>Godfrey & Kahn<br>1 E Main St - Ste 500<br>Madison, WI 53703 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:  _____

*LINDA M. KLEMM, CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.  1:26-cv-00826

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: