# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| City of Manitowoc<br>*Plaintiff*<br>v.<br>Newell Brands, Inc., Newell Operating Company<br>*Defendant* | ) ) ) ) ) | Case No. 1:26 cv 00826 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

Third Party Defendants, E.J. Spirtas Manitowoc, LLC and E.J. Spirtas, Group, LLC .

Date: 07/08/2026

_______________________
*Attorney's signature*

Robert L. Devereux, Mo. Bar No. 32963
*Printed name and bar number*

601 S. Lindbergh Blvd
Saint Louis, MO 63131
*Address*

rdevereux@aegislaw.com
*E-mail address*

(314) 454 9100
*Telephone number*

(314) 454 9000
*FAX number*

Print Save As... Reset