**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRIC OF WISCONSIN,**
**GREEN BAY DIVISION**

| | | |
|---|---|---|
| CITY OF MANITOWOC,<br><br>Plaintiff,<br><br>v.<br><br>NEWELL BRANDS INC. AND NEWELL OPERATING COMPANY<br><br>Defendants, Third-Party Plaintiffs.<br><br>v.<br><br>E.J. SPIRTAS MANITOWOC, LLC AND E.J. SPIRTAS GROUP LLC | ) | Case No. 1:26-CV-00826 |

**CIVIL L. R. 7(h) EXPEDITED NON-DISPOSITIVE UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

COME NOW, Third-Party Defendants, E.J. Spirtas Manitowoc, LLC and E.J. Spirtas Group, LLC, by and through the undersigned counsel, and pursuant to Civil L. R. 7(h), and respectfully request the Court to extend the time for Third-Party Defendants to answer or otherwise respond to Third-Party Plaintiff's Complaint until August 7, 2026. This motion is unopposed. In support of their Motion, Third-Party Defendants state as follows:

1. Third-Party Defendants were served on or about June 17, 2026.

2. Under Rule 12 of the Federal Rules of Civil Procedure, Third-Party Defendants' responsive pleading is due July 8, 2026.

3. Third-Party Defendants respectfully request a thirty (30) day extension, up to and including August 7, 2026, to allow Third-Party Defendants additional time to review and respond to the Third-Party Petition and obtain local counsel.

4. Counsel for Third-Party Defendants have conferred with counsel for Third-Party Plaintiffs. Counsel for Third-Party Plaintiffs do not oppose the requested extension. See Exhibit A, attached hereto.

5. This request is made before the expiration of the current deadline, is made in good faith and is not made for purposes of delay, but rather to ensure that Third-Party Defendants can adequately respond to the allegations presented in the Third-Party Complaint and obtain local counsel.

6. No party will suffer prejudice as a result of the requested extension.

Dated: July 8, 2026

Respectfully Submitted,
AEGIS Law

By: /s/ Robert L. Devereux

Robert L. Devereux, Mo. Bar No. 32963
601 South Lindbergh Blvd., Second Floor
St. Louis, Missouri 63131
Telephone: (314) 454-9100
Facsimile: (314) 454-9110
rdevereux@aegislaw.com
**Attorney for Third-Party Defendants**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed using the Court's e-filing system and served on all counsel of record via the same on this 8th day of July, 2026.

Daniel J. Blinka
Hayley Rich-Noble
William J. Nelson
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
dblinka@gklaw.com
hrichnoble@gklaw.com
wnelson@gklaw.com

Edward B. Witte
9086 North Bayside Drive
Milwaukee, WI 53217
ned@wittedavis.com

Eric G. Nycz
900 Quay Street
Manitowoc, WI 54220
enycz@manitowocwi.gov

**Attorneys for Plaintiffs**

Ann H. MacDonald
Mariam Weber
Meera S. Gorjala
233 S. Wacker Dr., Ste. 1700
Chicago, IL 60606
ann.macdonald@afslaw.com
mariam.weber@afslaw.com
meera.gorjala@afslaw.com

Andrew N. Sawula
One Westminster Place, Ste. 200
Lake Forest, IL 60045
andrew.sawula@afslaw.com

Jodi Arndt Labs
231 South Adams Street
Green Bay, Wisconsin 54305
jodi@lcojlaw.com

**Attorneys for Defendants,**
**Third-Party Plaintiffs.**

/s/ Robert L. Devereux