**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN,**
**GREEN BAY DIVISION**

| | | |
|---|---|---|
| CITY OF MANITOWOC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEWELL BRANDS INC. AND NEWELL OPERATING COMPANY, | ) | |
| | ) | Case No. 1:26-cv-00826 |
| Defendants, Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| E.J. SPIRTAS MANITOWOC, LLC AND E.J. SPIRTAS GROUP LLC | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**THIRD-PARTY DEFENDANTS E.J. SPIRTAS MANITOWOC, LLC AND E.J. SPIRTAS GROUP LLC'S MOTION TO DISMISS THIRD-PARTY COMPLAINT**

COME NOW Third-Party Defendants E.J. Spirtas Manitowoc, LLC ("E.J. Spirtas Manitowoc") and E.J. Spirtas Group LLC ("E.J. Spirtas Group") (collectively, "Third-Party Defendants"), by and through undersigned counsel, and, pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves this Court to dismiss all claims asserted against Third-Party Defendants in the Third-Party Complaint. In support of this Motion, Spirtas states as follows:

1. Third-Party Plaintiffs Newell Brands Inc. and Newell Operating Company's (collectively, "Newell") Third-Party Complaint improperly seeks the mutually exclusive remedies

of joint and several liability under CERCLA § 107(a) and equitable allocation of costs under CERCLA § 113(f).

2. Newell cannot maintain a CERCLA contribution claim because the underlying action was brought under Wisconsin statutory law (i.e., Wis. Stat. § 292.33), not CERCLA, and Newell has not been subject to a CERCLA enforcement action nor has it resolved CERCLA liability through a qualifying settlement.

3. E.J. Spirtas Group is not a potentially liable person under CERCLA § 107(a) because Newell does not plausibly allege that E.J. Spirtas Group was an owner, operator, arranger, or transporter, nor does Newell allege facts sufficient to disregard the separate corporate existence of E.J. Spirtas Group.

4. Newell fails to plausibly allege that any specific response costs it incurred were caused by any conduct attributable to either Third-Party Defendant.

5. Many of the costs Newell seeks to recover arose after the City of Manitowoc acquired the Property and assumed control of demolition and remediation activities, precluding any plausible basis for imposing liability upon Third-Party Defendants for such costs.

6. For these and the additional reasons set forth in the accompanying Memorandum in Support, the Third-Party Complaint fails to state a claim upon which relief can be granted.

WHEREFORE, Third-Party Defendants E.J. Spirtas Manitowoc, LLC and E.J. Spirtas Group LLC respectfully request that the Court dismiss all claims asserted against them in the Third-Party Complaint with prejudice and award such further relief as the Court deems just and proper.

Dated this 7th day of August 2026.

Respectfully Submitted,
AEGIS Law

By: /s/ Robert L. Devereux
Robert L. Devereux, Mo. Bar No. 32963
601 South Lindbergh Blvd., Second Floor
St. Louis, Missouri 63131
Telephone: (314) 454-9100
Facsimile: (314) 454-9110
rdevereux@aegislaw.com
**Attorney for Third-Party Defendants**

STUART, TOKARZ & POLLARD LLC

By: */s/ Brian C. Tokarz*
Brian C. Tokarz
State Bar No: 1059556
309 N. Water Street, Suite 425
Milwaukee, WI 53202
Telephone: (414) 477-0850
Fax: N/A
btokarz@stpesq.com
**Attorneys for Third-Party Defendants**

**CERTIFICATE OF SERVICE**

The foregoing was served via the Court's ECF system on August 7, 2026 on all counsel of record.

/s/ Robert L. Devereux