**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN,**
**GREEN BAY DIVISION**

---

| | | |
|---|---|---|
| CITY OF MANITOWOC,<br><br>Plaintiff,<br><br>v.<br><br>NEWELL BRANDS INC. AND NEWELL OPERATING COMPANY,<br><br>Defendants, Third-Party Plaintiffs,<br><br>v.<br><br>E.J. SPIRTAS MANITOWOC, LLC AND E.J. SPIRTAS GROUP LLC<br><br>Third-Party Defendants. | ) | Case No. 1:26-cv-00826 |

---

**THIRD-PARTY DEFENDANTS E.J. SPIRTAS MANITOWOC, LLC AND E.J. SPIRTAS GROUP LLC'S CORPORATE DISCLOSURE STATEMENT**

---

The undersigned counsel of record for Third-Party Defendants E.J. Spirtas Manitowoc, LLC and E.J. Spirtas Group LLC, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1. E.J. Spirtas Group LLC is a Missouri limited liability company with its principal place of business in St. Louis, Missouri. Its sole member is Eric Spirtas, a citizen of the State of Missouri.

2. Spirtas Manitowoc, LLC is a Missouri limited liability company with its principal place of business in St. Louis, Missouri. Its sole member is Eric Spirtas, a citizen of the State of Missouri.

Dated this 7th day of August 2026.

Respectfully Submitted,
AEGIS Law

By: /s/ Robert L. Devereux
Robert L. Devereux, Mo. Bar No. 32963
601 South Lindbergh Blvd., Second Floor
St. Louis, Missouri 63131
Telephone: (314) 454-9100
Facsimile: (314) 454-9110
rdevereux@aegislaw.com
**Attorney for Third-Party Defendants**

STUART, TOKARZ & POLLARD LLC

By: */s/ Brian C. Tokarz*
Brian C. Tokarz
State Bar No: 1059556
309 N. Water Street, Suite 425
Milwaukee, WI 53202
Telephone: (414) 477-0850
Fax: N/A
btokarz@stpesq.com
**Attorneys for Third-Party Defendants**

## CERTIFICATE OF SERVICE

The foregoing was served via the Court's ECF system on August 7, 2026 on all counsel of record.

/s/ Robert L. Devereux