**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN,**
**GREEN BAY DIVISION**

---

| | | |
|---|---|---|
| CITY OF MANITOWOC,<br><br>Plaintiff,<br><br>v.<br><br>NEWELL BRANDS INC. and NEWELL OPERATING COMPANY,<br><br>Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>E.J. SPIRTAS MANITOWOC, LLC and E.J. SPIRTAS GROUP LLC,<br><br>Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:26-cv-00826 |

---

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that the law firm of Stuart, Tokarz & Pollard LLC, by Brian C. Tokarz, hereby enters an appearance in the above-captioned case as one of the attorneys for Third-Party Defendants E.J. Spirtas Manitowoc, LLC and E.J. Spirtas Group LLC. We ask that copies of all pleadings, documents, and any other correspondence be served upon us at 309 N. Water Street, Suite 425, Milwaukee, Wisconsin 53202 or the e-mail address listed in the signature block below.

Dated this 10th day of August 2026.

STUART, TOKARZ & POLLARD LLC

By: *_/s/ Brian C. Tokarz_*
Brian C. Tokarz

State Bar No: 1059556
309 N. Water Street, Suite 425
Milwaukee, WI 53202
Telephone: (414) 477-0850
Fax: N/A
btokarz@stpesq.com
**Attorneys for Third-Party Defendants**

**CERTIFICATE OF SERVICE**

The foregoing was served via the Court's ECF system on August 10, 2026 on all counsel of record.

*/s/ Brian C. Tokarz*