IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

CITY OF MANITOWOC,

Plaintiff,

v. Case No. 26-CV-826

NEWELL BRANDS INC. and
NEWELL OPERATING COMPANY,

Defendants, Third-Party Plaintiffs,

v.

E.J. SPIRTAS MANITOWOC, LLC and
E.J. SPIRTAS GROUP, LLC,

Third-Party Defendants.

---

**CIVIL L. R. 7(h) EXPEDITED NON-DISPOSITIVE UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

---

COME NOW, Defendants and Third-Party Plaintiffs, Newell Brands Inc. and Newell Operating Company, by and through the undersigned counsel, and pursuant to Civil L. R. 7(h), and respectfully request the Court to extend the time for Defendants and Third-Party Plaintiffs to answer or otherwise respond to Third-Party Defendants' Motion to Dismiss Third-Party Complaint until September 18, 2026. This motion is unopposed. In support of their Motion, Defendants and Third-Party Plaintiffs state as follows:

1. Defendants and Third-Party Plaintiffs were served with Third-Party Defendants' Motion to Dismiss Third-Party Complaint on or about August 7, 2026.

2. Under Civil L.R. 7(b), Defendants and Third-Party Plaintiffs' responsive pleading is due August 28, 2026.

3. Defendants and Third-Party Plaintiffs respectfully request a twenty-one (21) day extension, up to and including September 18, 2026, to allow Defendants and Third-Party Plaintiffs

additional time to review and respond to the Third-Party Defendants' Motion to Dismiss Third-Party Complaint.

4. Counsel for Defendants and Third-Party Plaintiffs have conferred with counsel for Third-Party Defendants. Counsel for Third-Party Defendants does not oppose the requested extension. See Exhibit A, attached hereto.

5. This request is made before the expiration of the current deadline, is made in good faith and is not made for purposes of delay, but rather to ensure that Defendants and Third-Party Plaintiffs can adequately respond to the assertions and legal arguments presented in the Third-Party Defendants' Motion to Dismiss Third-Party Complaint.

6. No party will suffer prejudice as a result of the requested extension.

Dated this 24th day of August, 2026.

/s/ *Jodi Arndt Labs*
Jodi Arndt Labs
**LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.**
231 South Adams Street
Green Bay, Wisconsin 54305
Telephone: (920) 437-0476
Facsimile: (920) 437-2868
Email: jodi@lcojlaw.com

Ann H. MacDonald
Mariam Weber
**ARENTFOX SCHIFF LLP**
233 S. Wacker, Suite 7100
Chicago, Illinois 60606
ann.macdonald@afslaw.com
mariam.weber@afslaw.com
Telephone: 312.258.5500
Facsimile: 312.258.5600

*Attorneys for Newell Brands Inc. and Newell Operating Company*

*612615.032:#5998628*