**Cara Lukasik**

---

**From:** Robert Devereux <rdevereux@aegislaw.com>
**Sent:** Thursday, August 20, 2026 12:08 PM
**To:** Ann H. MacDonald
**Cc:** Mary Devereux; btokarz@stpesq.com; Caroline Devereux; Andrew N. Sawula; Jodi Arndt Labs
**Subject:** Re: City of Manitowoc v. Newell and E.J. Spirtas Manitowoc, LLC, et al

Hi Ann- we consent. Regards Bo
Sent from my iPhone

AEGIS | 20 ANNIVERSARY


**Robert Devereux**
Attorney

p: 314-454-9100 x 106 | m: 314-494-6701
a: 601 S. Lindbergh Blvd., Frontenac, MO 63131
w: aegislaw.com | e: rdevereux@aegislaw.com


On Aug 20, 2026, at 10:29 AM, MacDonald, Ann H. <ann.macdonald@afslaw.com> wrote:

Some people who received this message don't often get email from ann.macdonald@afslaw.com. Learn why this is important

Mary, Robert, and Brian,

We are in receipt of Third-Party Defendants' motion to dismiss. Due to scheduling conflicts on our end, we are planning to seek a 21-day extension of time to respond. Would you please let us know if you agree to this extension? We can prepare the paperwork if so.

Thanks!
Ann


**Ann H. MacDonald** SHE/HER/HERS
PARTNER | **ARENTFOX SCHIFF LLP**
ann.macdonald@afslaw.com | **DIRECT** 312.258.5548


**EXHIBIT A**

**From:** Mary Devereux <mdevereux@aegislaw.com>
**Sent:** Wednesday, July 8, 2026 3:37 PM
**To:** MacDonald, Ann H. <ann.macdonald@afslaw.com>; Robert Devereux <rdevereux@aegislaw.com>; miriam.weber@afslaw.com; Gorjala, Meera <meera.gorjala@afslaw.com>; Sawula, Andrew N. <andrew.sawula@afslaw.com>

**Cc:** Caroline Devereux <cdevereux@aegislaw.com>
**Subject:** RE: City of Manitowoc v. Newell and E.J. Spirtas Manitowoc, LLC, et al

Thank you, Ann. Confirming that this will put our responsive pleading deadline at Friday, August 7, 2026. We will be filing the appropriate paperwork with the court this afternoon.

Sincerely,
Mary

<image001.png>

**Mary Devereux**
Attorney

p: 314-454-9100 x 149 | m: 314-323-5876
a: 601 S. Lindbergh Blvd., Frontenac, MO 63131
w: aegislaw.com | e: mdevereux@aegislaw.com

<image002.png>

<image003.png>

<image004.png>

**From:** MacDonald, Ann H. <ann.macdonald@afslaw.com>
**Sent:** Wednesday, July 8, 2026 1:34 PM
**To:** Robert Devereux <rdevereux@aegislaw.com>; miriam.weber@afslaw.com; Gorjala, Meera <meera.gorjala@afslaw.com>; Sawula, Andrew N. <andrew.sawula@afslaw.com>
**Cc:** Mary Devereux <mdevereux@aegislaw.com>; Caroline Devereux <cdevereux@aegislaw.com>
**Subject:** RE: City of Manitowoc v. Newell and E.J. Spirtas Manitowoc, LLC, et al

**CAUTION:** This email is from an external source. Do not click links or open attachments unless you trust the sender!

Bo,

Nice to speak with you yesterday. Writing to confirm that the Newell parties have no objection to the request for an additional 30 days to respond. Let us know if you need us to look at any filing or need anything else on this.

Thanks,
Ann

**Ann H. MacDonald** SHE/HER/HERS
PARTNER | **ARENTFOX SCHIFF LLP**
ann.macdonald@afslaw.com | **DIRECT** 312.258.5548

**From:** Robert Devereux <rdevereux@aegislaw.com>
**Sent:** Monday, July 6, 2026 2:33 PM

**To:** MacDonald, Ann H. <ann.macdonald@afslaw.com>; miriam.weber@afslaw.com; Gorjala, Meera <meera.gorjala@afslaw.com>
**Cc:** Mary Devereux <mdevereux@aegislaw.com>; Caroline Devereux <cdevereux@aegislaw.com>
**Subject:** City of Manitowoc v. Newell and E.J. Spirtas Manitowoc, LLC, et al

Good afternoon Counsel- we represent E.J. Spirtas Manitowoc, LLC and E.J. Spirtas Group LLC in the above captioned matter. We have made application to practice pro hac vice and we are in the process of retaining local counsel. Would you be kind enough to extend us the courtesy of allowing us to enter our appearance and requesting an additional 30 days to answer or otherwise respond? Also, I would like to speak to one of you to understand where we are going with this case. Thank you and I look forward to your response. Regards, Bo

<image001.png>


**Robert Devereux**
Attorney

p: 314-454-9100 x 106 | m: 314-494-6701
a: 601 S. Lindbergh Blvd., Frontenac, MO 63131
w: aegislaw.com | e: rdevereux@aegislaw.com


<image002.png>

<image003.png>

<image004.png>

---

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.