**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

CITY OF MANITOWOC, )
)
Plaintiff, )
)
v. )
)
NEWELL BRANDS INC. AND NEWELL )
OPERATING COMPANY, )
)
Defendants, Third-Party Plaintiffs, )
)
v. )
)
E.J. SPIRTAS MANITOWOC, LLC AND )
E.J. SPIRTAS GROUP LLC )

**CIVIL L. R. 7(h) EXPEDITED NON-DISPOSITIVE UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF THIRD-PARTY DEFENDANTS' MOTION TO DISMISS**

COME NOW, Third-Party Defendants E.J. Spirtas Manitowoc, LLC and E.J. Spirtas Group, LLC (collectively, "Third-Party Defendants"), by and through undersigned counsel, and pursuant to Civil L.R. 7(h), respectfully move this Court for a ten (10) day extension of time, up to and including October 12, 2026, to file their Reply in Support of Third-Party Defendants' Motion to Dismiss. In support of this Motion, Third-Party Defendants state as follows:

1. On August 7, 2026, Third-Party Defendants filed their Motion to Dismiss the Third-Party Complaint. *See* Dkt. #18.

2. On September 18, 2026, Third-Party Plaintiffs filed their Response in Opposition to Third-Party Defendants' Motion to Dismiss. *See* Dkt. #24.

3. Pursuant to Civil L.R. 7(c), Third-Party Defendants' Reply is presently due on October 2, 2026.

4. Third-Party Defendants respectfully request a ten (10) day extension, up to and including October 12, 2026, to allow Third-Party Defendants additional time to review and respond to Third-Party Plaintiffs' Response.

5. Counsel for Third-Party Defendants have conferred with counsel for Third-Party Plaintiffs regarding the requested extension. Third-Party Plaintiffs do not oppose the requested relief. *See* **Exhibit A**, attached hereto.

6. This request is made in good faith and not for purposes of delay, but to ensure that the Court is presented with a complete and thorough response to the arguments raised in Third-Party Plaintiffs' opposition.

7. No party will suffer prejudice as a result of the requested extension.

WHEREFORE, Third-Party Defendants respectfully request that the Court enter an Order extending the deadline for Third-Party Defendants to file their Reply in Support of their Motion to Dismiss through and including October 12, 2026, and for such other and further relief as the Court deems just and proper.

Respectfully Submitted,
AEGIS Law

By: /s/ Robert L. Devereux
Robert L. Devereux, Mo. Bar No. 32963
601 South Lindbergh Blvd., Second Floor
St. Louis, Missouri 63131
Telephone: (314) 454-9100
Facsimile: (314) 454-9110
rdevereux@aegislaw.com
**Attorney for Third-Party Defendants**

STUART, TOKARZ & POLLARD LLC

By: *_/s/ Brian C. Tokarz_*

Brian C. Tokarz
State Bar No: 1059556
309 N. Water Street, Suite 425
Milwaukee, WI 53202
Telephone: (414) 477-0850
Fax: N/A
btokarz@stpesq.com
**Attorneys for Third-Party Defendants**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed using the Court's e-filing system and served on all counsel of record via the same on this 2nd day of October, 2026.

Daniel J. Blinka
Hayley Rich-Noble
William J. Nelson
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
dblinka@gklaw.com
hrichnoble@gklaw.com
wnelson@gklaw.com

Edward B. Witte
9086 North Bayside Drive
Milwaukee, WI 53217
ned@wittedavis.com

Eric G. Nycz
900 Quay Street
Manitowoc, WI 54220
enycz@manitowocwi.gov

**Attorneys for Plaintiffs**

Ann H. MacDonald
Mariam Weber
Meera S. Gorjala
233 S. Wacker Dr., Ste. 1700
Chicago, IL 60606
ann.macdonald@afslaw.com
mariam.weber@afslaw.com
meera.gorjala@afslaw.com

Andrew N. Sawula
One Westminster Place, Ste. 200
Lake Forest, IL 60045
andrew.sawula@afslaw.com

Jodi Arndt Labs
231 South Adams Street
Green Bay, WI 54305
jodi@lcojlaw.com

**Attorneys for Defendants, Third-Party Plaintiffs.**

/s/ Robert L. Devereux