**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN,**
**GREEN BAY DIVISION**

| | |
|---|---|
| CITY OF MANITOWOC,<br><br>Plaintiff,<br><br>v.<br><br>NEWELL BRANDS INC. AND NEWELL OPERATING COMPANY<br><br>Defendants, Third-Party Plaintiffs,<br><br>v.<br><br>E.J. SPIRTAS MANITOWOC, LLC AND E.J. SPIRTAS GROUP LLC<br><br>Third-Party Defendants. | Case No. 1:26-cv-00826 |

**THIRD-PARTY PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO THIRD-PARTY DEFENDANTS' MOTION TO DISMISS THIRD-PARTY COMPLAINT**

Defendants and Third-Party Plaintiffs Newell Brands Inc. and Newell Operating Company (together, the "Newell Parties"), by their undersigned counsel, respectfully request leave under Civil L.R. 7(i) to file a 4 page surreply in response to the Reply in Support of the Motion to Dismiss filed by Third-Party Defendants E.J. Spirtas Manitowoc, LLC and E.J. Spirtas Group LLC (together, the "Spirtas Parties"). In support of this Motion, the Newell Parties state as follows:

1. The Newell Parties filed the Third-Party Complaint on June 15, 2026. (ECF No. 12.) The Spirtas Parties moved to dismiss on August 7, 2026. (ECF Nos. 18, 19.) The Newell Parties responded on September 18, 2026 (ECF No. 24), and the Spirtas Parties filed their Reply on October 12, 2026 (ECF No. 27).

2. In their opening brief, the Spirtas Parties' only argument relating to the Wisconsin contribution claims (Counts III and IV) was that the Newell Parties failed to connect their investigation costs to contamination caused by the Spirtas Parties. (ECF No. 19 at 9–11.)

3. The Spirtas Parties' Reply appears to abandon that argument (at least as to Spirtas Manitowoc) and assert a new argument in its place: that Counts III and IV fail to allege a requisite common liability to the same third person for the same obligation. (ECF No. 27 at 2, 5–7.) In support, the Reply cites for the first time *Farmers Mut. Auto. Ins. Co. v. Milwaukee Auto. Ins. Co.*, 8 Wis. 2d 512, 99 N.W.2d 746 (1959); and *Foss v. Madison Twentieth Century Theaters, Inc.*, 203 Wis. 2d 210, 551 N.W.2d 862 (Ct. App. 1996). (*Id*. at 5–6.)

4. Arguments raised for the first time in a reply brief are waived, and, in any event, the Spirtas Parties' new argument is unavailing. *See Nelson v. La Crosse Cnty. Dist. Att'y*, 301 F.3d 820, 836 (7th Cir. 2002) ("It is well settled that issues raised for the first time in a reply brief are deemed waived"); *N. States Power Co. v. City of Ashland*, No. 12-cv-602-bbc, 2013 WL 12234547, at *6 (W.D. Wis. Apr. 1, 2013) (declining to consider argument raised for first time in reply in CERCLA and state-law contribution case). However, to the extent the Court is inclined to consider the Spirtas Parties' new argument, the Newell Parties believe a surreply may be helpful.

WHEREFORE, the Newell Parties respectfully request that the Court grant them leave to file the Surreply attached hereto as Exhibit A.

Dated: October 22, 2026

Respectfully submitted,

By:*/s/ Ann H. MacDonald*

Ann H. MacDonald
Mariam Weber
Meera S. Gorjala
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: (312) 258-5500

Andrew N. Sawula
ARENTFOX SCHIFF LLP
One Westminster Place, Suite 200
Lake Forest, IL 60045
Tel: (847) 295-9200

Jodi Arndt Labs
LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.
231 South Adams Street
Green Bay, Wisconsin 54305
Tel: (920) 437-0476

*Counsel for Third-Party Plaintiffs Newell Brands Inc. and Newell Operating Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Ann H. MacDonald*
Attorney for Third-Party Plaintiffs